IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B.S., a minor, by her Next Friend and
 mother, Lauren Sussex, and
Lauren Susex, Individually,

      Plaintiffs,

vs.                  Civil Action No.

United States of America,
      Defendant.

_____/

GERALD THURSWELL (P21448)
ARDIANA CULAJ (P71553)
THE THURSWELL LAW FIRM P.L.L.C.
Attorney for Plaintiffs
1000 Town Center, Suite 500
Southfield, MI 48075
(248) 354-2222

_____/

**There is another pending or resolved civil action arising out of the transaction or occurrence alleged in the Complaint; _Case No. 15-355-NH, Judge: Thomas D. Wilson; Jackson County Circuit Court_**

**<u>COMPLAINT AND AFFIDAVIT OF MERITORIOUS CLAIM</u>**

    NOW COME the above-named Plaintiffs by their attorneys, GERALD E.

THURSWELL and ARDIANA CULAJ, of THE THURSWELL LAW FIRM,

and complaining against the above-named Defendant, its agents, servants and/or

employees, either real or ostensible, and say as follows:

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

**I.**

**JURISDICTION, PARTIES AND VENUE**

1. That this is a medical malpractice case brought under the Federal Tort Claims Act for severe and permanent injuries arising out of negligent acts or omissions of employees, agents, apparent agents, servants or representatives of the United States while acting within the course and scope of their employment, agency, apparent agency, servitude, or representative capacity, under circumstances where the United States of America, if a private person, would be liable to the Plaintiffs under the laws of the State of Michigan where the acts and/or omissions occurred. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §1346 (b).

2. That at all times relevant and/or material to these matters, the employees, agents, apparent agents, servants or representatives of the United States were subject to the United States' right to control, including substantial supervision and direction over their day-to-day activities.

3. That the Plaintiffs, B.S., a minor, and Lauren Sussex, her mother, are individuals residing in the County of Jackson, Michigan.

4. That at all times relevant to this Complaint, the Defendant, the United States of America, was the employer of health care providers who administered care and treatment to Lauren Sussex while she was pregnant with B.S. at Center for Family Health, and at Allegiance Hospital.

5. That the United States of America is a Defendant.

6. That Defendant United States of America may be served with process in accordance with Rule 4(i) of the Federal Rules of Civil Procedure by serving a copy of the Summons and Complaint on Barbara L. McQuade, Acting United States Attorney for the Eastern District of Michigan, 211 W. Fort Street, Suite 2001, Detroit, Michigan 48442 to the attention of the Civil Process Clerk and by serving a copy of the Summons and Complaint on Attorney General of the United States of America, Eric H. Holder, Jr., by registered or certified mail, to the Attorney General's

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

Office, 10th and Constitution Avenue, N.W., Washington, D.C. 20530, to the attention of the Civil Process Clerk.

7.  That venue is proper in the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1391(a)(1) and (c) as the United States is a Defendant and because all or part of the cause of action accrued in this District and because the Plaintiffs reside in this District.

## II.

## LIABILITY OF THE UNITED STATES OF AMERICA

8.  That this case is commenced and prosecuted against the United States of America pursuant to and in compliance with Title 28 U.S.C. §§2671-2680, commonly referred to as the "Federal Tort Claims Act." Liability of the United States is predicated specifically on Title 28 U.S.C. §§1346(b)(1) and 2674 because the personal injuries and resulting damages of which complaint is made, were proximately caused by the negligence, wrongful acts or omissions of employees of the United States at Center for Family Health, Jackson, Michigan while acting within the scope of their office or employment, under circumstances where the United States, if a private person, would be liable to the Plaintiffs in the same manner and to the same extent as a private individual under the laws of the State of Michigan.

9.  That the United States Department of Health and Human Services is an agency of the United States of America. The United States of America, Defendant, through its agency, the United States Department of Health and Human Services, at all times material hereto, owned, operated and controlled the health care facility known as Center for Family Health, and though its agency, the United States Department of Health and Human Services, staffed the health care facility with agents, servants, and/or employees.

## III.

## JURISDICTIONAL PREREQUISITES

10. That on February 18, 2014, the Plaintiffs filed their administrative claims based on the facts alleged herein with the appropriate federal agency —

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

The Department of Health and Human Services – for damages arising out of the personal injuries sustained by B.S., a minor, and Lauren Sussex, based on the negligence of the United States' employees, agents, apparent agents, servants or representatives, practicing in the course and scope of their employment at Center for Family Health, Jackson, Michigan.

11. That on August, 25, 2014, the United States Department of Health and Human Services denied these claims. Accordingly, Plaintiffs have complied with all jurisdictional prerequisites and conditions precedent to the commencement and the prosecution of this litigation.

## IV.

## FACTS

12. That at all times material herein there existed a patient-doctor relationship between Plaintiff Lauren Sussex and **Dr. Dana Virgo**.

13. That at all times material herein there existed a patient-doctor relationship between Plaintiff-minor B.S. and **Dr. Dana Virgo**.

14. That at all times material herein, a patient-doctor relationship existed between Plaintiff Lauren Sussex and **Dr. Sangeeta Sinha**.

15. That at all times material herein, a patient-doctor relationship existed between Plaintiff-minor B.S. and **Dr. Sangeeta Sinha**.

16. That at all times material herein **Dr. Dana Virgo** was board certified in obstetrics and gynecology.

17. That at all times material herein **Dr. Sangeeta Sinha** was board certified in obstetrics and gynecology.

18. That the records of **Center for Family Health**, on the **mother, Lauren Sussex**, indicate, "**Prenatal Visits  07/03/2012 MH** Pt (Patient) denies any ctx (contractions). **J. Martin RN** Membrane intact.**06/26/2012 KD** Pt states occasional ctx's. Denies leaking of fluid. No change in vaginal discharge. States increase in pelvic pressure and back pain. Pt completed ABX for CT. I0L (Induction of labor) info sheet given. **A Halladay, RN**

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

**06/19/2012** SS Pt had questions about contractions, and how they feel. Pt also having swelling in legs. **C Moreno MA 06/12/2012 CB** Pt **states** increased pelvic pressure. Denies ctx's. Denies leaking of fluid. Pt brought disability forms to office to be completed by provider. Pt informed she will be contacted to pick-up completed forms at Pt Accounts. Verified understanding. **A Halladay. RN** No lof (loss of fluid) vb (Vaginal bleeding), ctx's. +FM (positive fetal movement). Chlamydia culture positive. Discussed. Azithromycin 1g Po X 1 given. RTC (return to clinic) in 1 week. CBERG; **06/05/2012 CB** 36wk cultures today. Desires work slip for "half days." States increase in pelvic pressure. Denies ctx's. Denies leaking of fluid. **A Halladay RN** Membrane intact. GBS/Cultures done today. RTC in 1 week. CBERG **05/22/2012 SS** Denies ctxs. Denies leaking of fluid. No concerns today. **A Halladay, RN** Signs of preterm labor negative.SS **05/08/2012 SS** Good fetal movement. Stiles passed out and went to ER recently. She was told her glucose was low. **N. Skinner RN 04/24/2012 CB** Patient denies issues today. **04/06/2012 KD** Good fetal movement. States has been feeling dizzy lately. Pt has been tanning. **N. Skinner RN; 03/06/2012 SS** 20 Fetal Organ Survey WNL (within normal limits). Pt states she has been getting lightheaded and dizzy. Pt slates it occurs 2x weekly. Pt denies LOF/VB/CTX. Ordered 28 week labs. **L. Craddock RN.** Discussed water intake, TED slacking ordered as she stands at work all day. SS **02/07/2012 SS** Fetal organ survey ordered for **2/11/12**. PI denies problems. 20 week packet given. A. Shackelford RN **01/13/2012 KD** Pt has no concerns at this time. **Unable to find FHT. J. Martin RN 12/16/2011 SS** Pt slates that she is feeling a lot better, no more N&V (Nausea and Vomiting). **C Moreno MA; 11/17/2011 SS** OBX. Pt c/o nausea in the evenings, states was constipated now when she eats she gets "bubble cramps" and has to go have a BM (bowel movement). Ordered Prenatal vitamins. Pt declined flu shot and SIT testing. **J Richards RMA 11/02/2011 SS** OB nurse intake today. Initial labs ordered. Pt already taking prenatal vitamins. Pt c/o constipation."

19. That the records of **Center for Family Health**, on the **mother, Lauren Sussex**, indicate, "Ultrasound **2/11/12**. EGA (estimated gestational age): 19 weeks 6 days.  EDD: **7/1/12**."

20. That the records of **Center for Family Health**, on the **mother, Lauren Sussex**, indicate, "EDD (expectant date of delivery): **6/28/12**. Working EDD: **06/28/2012** last modified on **11/02/2011** by **Amanda**

**Shackelford**. Chief Complaint/Reason for visit: This 21 year old female presents with pregnancy. Pre-pregnancy weight: 150. Date: **11/02/2011**"

## Post-Dates, 41 weeks, Induction, Non-Reassuring Fetal Heart Tones, Remote from Delivery / Apgars 0 at one minute / 0 at five minutes

21. That the records of **Allegiance Health**, on the **mother, Lauren Sussex**, indicate, "Admitted: **7/5/12**. Discharge: **7/8/12**. PRINCIPAL DIAGNOSIS: DISCHARGE SUMMARY1. **Intrauterine pregnancy at 41 weeks**.2. **Nonreassuring fetal heart tones** remote from delivery .**PROCEDURE  DONE:** Primary low transverse C-section under spinal anesthesia. Please see the operative report by **Dr. Virgo** for details. Estimated blood loss was 700mL. female infant, weight 7 pounds 6 ounces, with Apgars of 0 and 0 at 1and 5 minutes respectively. The patient was discharged to home in a stable condition. **POSTOPERATIVE DIAGNOSES**: **1.** Intrauterine pregnancy at 41 weeks, induction of labor.**2.** **Nonreassuring fetal heart tones**. **HOSPITAL COURSE**: Lauren is a 22-year-old gravida I, para 0, admitted to labor and delivery at 41 and 0 weeks for **postdate induction of labor**. Her cervix was 1 to 2 cm dilated, 50% effaced, -3 station. She received a single dose of misoprostol vaginally and since then **she progressed to 3 cm and then began to have nonreassuring fetal heart tones. Please read Dr. Virgo's H&P (History & Physical) for details. On postop day #1 she was afebrile.**"

22. That the records of **Allegiance Health**, on the **mother, Lauren Sussex**, indicate, "**Admitting Diagnosis:** IUP (intrauterine pregnancy) 41 weeks. **7/5/12** induction of labor.  Discharge: **7/8/12 1100**."

## Fetal Heart Rate Variability Became Extremely Diminished To Absent, Lasting Close To 1 Hour

23. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "**HISTORY AND PHYSICAL:** Pregnancy at 41 and 0/7 weeks.  **HISTORY OF PRESENT ILLNESS**: Lauren Sussex is a healthy 22-year-old, gravida 1, para 0, who was admitted to labor and delivery this morning at 41 and 0/7 weeks gestation for postdate induction of labor. Upon admission, her cervix was 1 cm to 2 cm dilated, 50% effaced, **-3** station, soft, but very posterior. A single dose of misoprostol 25 micrograms was inserted vaginally at approximately **8:30**

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

this morning. She began having cramping and experienced spontaneous rupture of membranes about an hour later, with increasingly painful contractions every 2 to 3 minutes. **Her fetal heart tracing has been in the 140s to 150s since admission with only average variability. Approximately an hour ago, the variability was noted to become extremely diminished to absent. Oxygen had already been applied and multiple position changes were made with no change. I reexamined the patient; her cervix was 3 cm dilated, 70% effaced, and still -3 station. I was unable to place an IUPC (intrauterine pressure catheter), but I successfully placed a fetal scalp electrode, with positive acceleration in the fetal heart rate noted and subsequently improved variability.** The patient is contracting approximately every 2 to 3 minutes and painfully and is requesting an epidural for pain. **Fetal heart tracing is currently in the 150s, with average to good variability and no decelerations.** ASSESSMENT: 22-year-old, gravida 1, para 0, at **41 and 0/7 weeks undergoing postdate induction of labor. She has entered labor after just a single dose of Cytotec. She is contracting regularly enough and painfully enough that I am not going to start Oxytocin at this time. Fetal heart tracing has been mostly reassuring, except for a period of absent variability lasting for close to an hour, which has now significantly improved;** we will keep a close eye on the tracing. I am also concern by the high fetal station in this primigravida, but we will see how the baby descends into Lauren's pelvis as her labor progresses. **Dr. Dana Virgo.**"

24. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex,** indicate, "**7/5/12** cervix changed to 4 / 70% / -2. **Fetal heart tones with ongoing poor variability, late decelerations, no response to fetal scalp stimulation now. Plan: C-section for non-reassuring fetal heart tones, remote from delivery, risks / benefits of surgery explained to patient. 7/5/12 3:50 p.m.** Dr. Dana Virgo, MD."

25. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex,** indicate, "Postoperative Progress Note: Pregnancy at 41 weeks, **non-reassuring fetal heart tones, remote from delivery.** Procedure: cesarean section. Operative findings: Limp, pale female infant with thick terminal meconium. **Cord venous** pH 7.192. **Cord arterial pH** 7.18. Signed: **Dr. Dana Virgo, MD.**" **7/5/12 5:15 p.m.**"

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

### Born on 7/5/12 at 1634 (4:34 p.m.)

26. That Brooklynn Stiles was born on **7/5/12** at **1634** (**4:34 p.m.**)

27. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "Cesarean birth record: **spontaneous rupture of membranes 7/5/12 0952, clear**.  Monitor external fetal heart rate and uterine contractions, maternal fetal heart rate and uterine contractions.  **Cesarean urgent**.  **Born 7/5/12** at **1634**.  **Apgar scores** 0 at one minute / 0 at five minutes.  **Birth Weight**: 7 lbs 6 oz.  Anesthesiologist: **Dr. Theiss K. Miller**.  Surgeon: **Dr. Dana Virgo**.  **Circulating Nurse: Wendy Rice / Mackenzie Fasnacht** RN.  **Scrub Nurse S. Carmer, C. Hicks**.  On Operating Room table at **1610**. Anesthesia began **1610**. Surgery began at **1624**. Birth: **1634**.  Pre-operative **Diagnosis:** intrauterine term pregnancy, **non-reassuring fetal heart tones, primary cesarean section**.  **Post-operative Diagnosis:** intrauterine term pregnancy, non-reassuring fetal heart tones, primary cesarean section.  **Circulating Nurse: Wendy Rice**.  **Scrub Nurse S. Carmer**."

### Fasnacht RN precepted / overseen by Wendi Rice, RN

28. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "**7/5/12 1606 Fasnacht RN** precepted / overseen by **Wendi Rice, RN**." (FMG)

## 8:14 Dr. Virgo at bedside

29. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "**7/5/12 8:14** Oxytocin (mU/min): 0. **Dr. Virgo** bedside evaluating patient."  (FMG)

30. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate:

### LABOR PROGRESS CHART

31. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, Admit Date **7/5/2012**.  Admit Time **6:48**.  Current Time **7:00**, Monitor Mode E (External). Baseline FHR/Indeterminite 150. Variability MOD (Moderate). Accelerations ___.  Decelerations ___. Initials MF.  **7:50**, Monitor Mode E.  Baseline FHR/Indeterminite 145. Variability MOD.  Accelerations ___.  Decelerations ___.  Initials MF. **8:15**, Monitor Mode E, Baseline FHR/Indeterminite 140, Variability

MOD, Accelerations +, Decelerations ___. , Initials MF. **8:24**, Doctor exam, no monitors, cytotec inserted.  Physician/CNM Response **Dr. Virgo,** Initials MF.

32. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate: (P82) **11:30** Monitor Mode E.  Baseline FHR/Indeterminite 145.  **Variability MIN-MOD (Minimal to Moderate)**.  Accelerations ___. Decelerations ___.  Initials M.F.  **12:02** Monitor Mode E.  Baseline FHR/Indeterminite 145.  Variability MOD.  Accelerations ___. Decelerations ___.  Initials M.F. (Mackenzie Fasnacht, R.N.) **12:30** Monitor Mode E.  Baseline FHR/Indeterminite 145.  Variability MOD.  Accelerations ___.  Decelerations ___.  Initials M.F.  **13:04** Monitor Mode E.  Baseline FHR/Indeterminite 150.  **Variability MIN-MOD**.  Accelerations ___.  Decelerations ___.  Initials MF.  **13:27** Monitor Mode E.  Baseline FHR/Indeterminite 150.  Variability MIN.  Accelerations ___.  Decelerations ___.  Physician CNM Response **Dr. Virgo**, Initials M.F.  **13:38** FSE applied.  Physician CNM Response **Dr. Virgo**, Initials M.F.  **14:00** Monitor Mode I (Internal).  Baseline FHR/Indeterminite 155.  Variability MED.  Accelerations +.  Decelerations ___.  Initials M.F.  **14:15** Anesthesia bedside for epidural.  Initials W.R. (Wendy Riu, R.N.)  **14:30** Patient sitting for epidural.  Initials W.R.  **14:45** Monitor Mode I.  Baseline FHR/Indeterminite 150.  Variability MED.  Accelerations +.  Decelerations ___.  Initials W.R.  **15:00** Monitor Mode I.  Baseline FHR/Indeterminite UTD.  Variability MED.  Accelerations ___.  Decelerations V (Variable).  Initials W.R.  **15:15** Monitor Mode I.  Baseline FHR/Indeterminite 160.  Variability MED.  Accelerations ___.  Decelerations V (Variable).  Initials W.R.  **15:30** Monitor Mode I.  Baseline FHR/Indeterminite 170.  Variability MOD.  Accelerations ___.  Decelerations V (Variable).  Initials W.R.  **15:45** Monitor Mode I.  Baseline/FHR/Indeterminite 175.  Variability MOD.  Accelerations ___.  Decelerations V (Variable).  Initials W.R.

33. That MF is **Nurse MacKenzie Fasnacht, RN**

34. That WR is **Nurse Wendy Rice, NR**.

35. That E is electronic fetal monitoring.

36. That I is internal fetal scalp lead.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

37. That M is moderate fetal heart rate variability.

38. That min is minimal fetal heart rate variability.

39. That V is variable decelerations.

## Nonreassuring Fetal Heart Tracing, Remote From Delivery

40. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "OPERATIVE REPORT: **PREOPERATIVE DIAGNOSES**: Pregnancy at 41 and 0/7 weeks, undergoing induction of labor with **nonreassuring fetal heart tracing, remote from delivery**. POSTOPERATIVE DIAGNOSES: Pregnancy at 41 and 0/7 weeks, undergoing induction of labor with **nonreassuring fetal heart tracing, remote from delivery**. PROCEDURE PERFORMED: Primary low segment transverse cesarean section. SURGEON: **Dana Virgo, MD**. ANESTHESIA: Epidural. **OPERATIVE FINDINGS: Limp, pale female with weight and Apgars pending with thick, terminal meconium, small calcified placenta, grossly normal** uterus, tubes, ovaries. OPERATIVE PROCEDURE: The patient was taken to the operating room, IV fluids running. Her epidural was redosed. She was placed in the dorsal supine position with leftward tilt. Fetal heart tracing in the operating room was noted to be in the l50's."

## Non-Reassuring Fetal Heart Tones

41. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "Clinical History / Pre-Op **Diagnosis**: intrauterine term pregnancy, non-reassuring fetal heart tones (41 weeks). Post-Op **Diagnosis**: non-reassuring fetal heart tones."

42. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "**TISSUE SUBMITTED**: PLACENTA **FINAL PATHOLOGIC DIAGNOSIS**: Singleton placenta, cesarean delivery: Singleton placenta (431 g) with appropriate maturation for gestational age. Placental membranes with **mild chorionitis and rare meconium-laden macrophages. Three-vessel umbilical cord with no significant abnormality**. Chorionic villi and maternal decidua with no significant abnormality. **COMMENT:** Placenta Template: Clinical Indication: **Nonreassuring fetal heart tones, meconium** Gestational Age: 41 weeks

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

Delivery: Cesarean **Membranes**: Other Findings: **Mild chorionitis and rare meconium-laden macrophages** Weight: 431 g Size: 20 x 19.5 x 3.2 cm."

43. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "**OPERATION**: Primary C-section. **CLINICAL HISTORY AND DIAGNOSIS**: Intra-uterine term pregnancy, **non-reassuring FHT, (41 weeks) POST OPERATIVE DIAGNOSIS: Non-reassuring fetal heart tones; terminal meconium.**"

### Cord Blood Gases

44. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "**7/5/12 1642** arterial pH 7.10L / PCO2 62.7H / PO2 7.7L / HCO3 22.9 / BD 6.5 H.  Venous pH 7.192L / PCO2 56.5H / PO2 17.4L / HCO3 21.2 L / BD 7.6H."

### Center for Family Health - Lauren Sussex

45. That the records of **Center for Family Health**, on the **mother, Lauren Sussex**, indicate, "Telephone Message:  **8/6/12 2:09** Dana Virgo, MD. Pt feeling better.  No problems being up and about. Baby home from hospital.  Still on tube feeds.  Discussed meeting to discuss findings of root cause analysis meetings, versus waiting to meet until after external review of med records from labor. Pt unsure- will d/w family and will let me know by phone or at postpartum visit in 10 days. Discussed that I'd like to talk to Brooklynn's neurologist, but pt doesn't know name.  I will call UM again to find name of neurologist.  **Dana Virgo, MD.**"

46. That the records of **Center for Family Health**, on the **mother, Lauren Sussex**, indicate, "Telephone Message: **7/12/12 1:24 p.m. Dana Virgo, MD.**  Left message at pt's home # that I was calling to check on how she's feeling and w/test results.  Called baby's room at UM NICU with no answer. **07/12/2012 4:52 PM**      Dana Virgo MD UM NICU staff state that pt is staying at Ronald McDonald House.  **07/14/2012 11:19 AM** Baby extubated. Pt reports MRI showed "deep damage to motor centers" of her brain.

47. That the records of **Center for Family Health**, on the **mother, Lauren Sussex**, indicate, "Telephone Message:  **07/09/2012 1:01 PM Dana Virgo MD** called pt's home # to ask how she's feeling since d/c

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

yesterday. Pt's mother, Vicky, answered, Lauren is at UM NICU with baby. Vicky states Lauren is feeling well; no more fevers. **07/09/2012 1:03 PM Dana Virgo MD** per Vicky, baby can't be held due to BP fluctuations. Baby status/post cooling therapy; rewarmed yesterday evening. Baby undergoing multiple tests. Vicky will let Lauren know that I called. I will call Lauren at UM NICU on Thursday when path report from placenta is available. **07/09/2012 5:34 PM Dana Virgo MD** Path report back this afternoon. Called pt's baby's room at UM NICU, but pt not there. Will try again later. **Dana Virgo, MD.**"

48. That the records of **Center for Family Health**, on the **mother, Lauren Sussex**, indicate, "**7/18/12** Office Visit – GYN:  Chief Complaint/Reason for visit: This 22 year old female presents with c- section.  History of Present Illness: 1. C- section (follow-up). Additional comments: s/p primary c/section on **7/5/12** for **nonreassuring fetal heart tracing. Cord pH 7.19, but Apgars 1/1/1 with prolonged resuscitation of baby, intubation, chest compressions, epinephrine required. Baby immediately transferred to UM with seizure activity for therapeutic hypothermia. MRI shows damage to motor centers of baby's brain, per pt.  Baby now extubated; receiving occupational therapy to help with sucking.  Pt reports diminished appetite but able to eat and drink.** Assessment/ Plan: Fetal heart rate decelerations affecting management. Signed:  **Dr. Dana Virgo, MD**. Document generated by: **Dana Virgo, MD 7/18/12 12:36 PM**."

## Brooklynn Stiles

49. That the records of **Allegiance Hospital**, on the **child, Brooklynn Stiles**, indicate, "**Admitted: 7/5/12**. **Discharge: 7/5/12**."

## 45 minutes CPR

50. That the records of **Allegiance Hospital**, on the **child, Brooklynn Stiles**, indicate, "**7/5/12**  BABY TRANSFERRED TO UM (University of Michigan Hospital) LAST NIGHT AFTER BORN WITH 0/0 APGAR. BABY BORN BY C-SECTION.ACTION TAKEN: -SPOKE TO RN. DEB. PER DER **PT WAS NOT BREATHING AT BIRTH AND GOT CPR (cardiopulmonary resuscitation) FOR 45 MINUTES.**"

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

## Birth Depression – Seizing

51. That the records of **Allegiance Hospital**, on the **child, Brooklynn Stiles**, indicate, "Admitted: <u>**7/5/12**</u>. Discharge: <u>**7/5/12**</u>. ADMISSION HISTORY AND PHYSICAL/TRANSFER SUMMARY **REASON FOR ADMISSION: Birth depression** HISTORY: Baby Girl Sussex is a 41-week-old female born to a 22-year-old Gravida 1, Para O mom with no significant maternal history.  Mom was admitted to the hospital today for an induction and then had a **C-section due to nonreassuring fetal heart tones**. Prior to delivery, the baby had been noted for a good heart rate. Mom had rupture of membranes prior to delivery, **which were noted to be clear, but at the C-section, the baby was noted to have meconium-stained amniotic fluid. The baby was removed and was noted for poor tone, a heart rate greater than 100, no respirations, and a pale color. The baby's eyes were open, but the baby had no spontaneous movement. As the amniotic fluids were noted for meconium-stained, baby** was an in-and-out intubation to visualize the cords was attempted to remove any meconium stained amniotic fluid below the cords. An in-and-out intubation was attempted twice with an unsuccessful visualization of the vocal cords and the baby was immediately bagged-was given PPV (positive pressure ventilation) with the Neopuff. Equal breath sounds were noted during ventilation and good chest rise. **The baby was dried and stimulated and no spontaneous respirations were noted. After 1 minute of life, the baby's initial heart rate, which was above 100, was noted to decline to less than 60 and chest compressions were started**. The anesthesiologist, Dr. Theiss, was available and intubated the baby after the second attempt, no meconium was removed. Color change was noted on the indicator and an ET tube of 3.5 was placed.  The baby was given airway support through the ET tube and a 3 mL dose of epinephrine was given via the ET tube, as no peripheral access could be established via the UVC. The baby received a total of 3 doses of epinephrine of 3 mL each. **After the third dose of epinephrine, the baby's heart rate was noted to be above 100 in which she was able to sustain an independent heart rate. After the first 2 initial doses of epinephrine, the baby's heart rate would rise above 100, but without chest compressions, would quickly fall again below 60. Chest compressions were stopped once the** baby's heart was beating on its own and as the airway was secure, the attention was changed to securing access. A UVC was attempted, but unsuccessful and peripheral attempts were attempted but unsuccessful.  The baby was

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

transferred to the special care nursery at this time, where a saphenous stick was successful. The blood that was removed from the saphenous stick was sent for an ABG and basic labs. **Initial ABG showed a pH of 6.83, PC02 of 59.6, a P02 of 70, bicarb 9.7, saturating at 77.9% with a base deficit of 25.3. At that time, due to the significant acidosis, an intraosseous access was placed and the baby was initially given a 10 mL per kilogram bolus of normal saline,** followed by 2 mEq/kg of sodium bicarb, followed by starting 010 at 80 mL/kg, also Ampicillin and Gentamicin were started. A chest x-ray was done at the time which was noted for ET tube in the right main stem. The ET tube was adjusted as needed for placement. **The baby was noted to have some gumming at the ET tube and some slight eye movements and then some shaking of the limbs.** At that time, Phenobarbital was given at 20 mg/kg and the seizing quickly stopped. The University of Michigan neonatal unit was called prior to the baby leaving the resuscitation room, and they were informed of the baby's status. The neonatologists at St. Joseph were also informed of this baby and assisting in directing in the care of this baby as well. **PHYSICAL EXAMINATION**: VITAL SIGNS: Temperature of 94.3, heart rate of 126, respirations of 52, blood pressure was 74/47, with a MAP of 55, saturating at 95%. Birth weight was 3.365 kg. **GENERAL: Baby has a poor tone and is slightly reactive to stimuli.** HEENT: Normocephalic, EXTREMITIES: She has poor tone, is not moving her extremities spontaneously. NEUROLOGICAL: She has poor tone. She was noted during her seizing **episode to have posturing and chewing and smacking at her ET tube.** DIAGNOSTIC STUDIES: **Initial ABG showed a pH of 6.83,** PC02 of 59.6, a P02 of 70, bicarb 9.7, saturating at 77.9% with a base **deficit of 25.3. A repeat ABG showed a pH of 7.16, PC02 of 27.6, a P02 of 69.7, a bicarb of 9.8 and a base deficit of 17,** saturating at 92.2%. **CARDIAC: The patient did require chest compressions and 3 doses of epinephrine via the ET tube. The patient does have now-have a regular rate and rhythm. NEUROLOGIC: The patient's Apgars at 1, 5, 10, 15, and 20 minutes were 1. The Apgars at 25 minutes increased to 3, given a heart rate of 2 and color of 1. The baby was also noted for posturing and seizure-like** activity and was given a bolus of Phenobarbital, 20 mg/kg. The posturing at that time stop stopped and the baby remained stable. **The U of M Neonatal ICU (Intensive Care Unit) was informed of this baby. They came and transferred this baby. cooling was initiated here and will continue at UM for this baby. The parents have been made aware. Mom is supported by** her boyfriend, who is the dad, and

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

her parents. They have been explained what has occurred this afternoon in response to the baby's respiratory and cardiac needs. The father of the child will be going to the University of Michigan to monitor the status and be involved in baby's care until mom can be discharged .from the hospital here."

52. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "**Admission History & Physical**. Reason for Admission: Cardiac arrest.  HISTORY: Baby Girl Sussex is a 41-week-old female born to a 22-year-old mom with no significant maternal history. **Mom was admitted to the hospital today for an induction and then had a C-section due to nonreassuring fetal heart tones. Prior to delivery, the baby had been noted for a good heart rate**. Mom had rupture of membranes prior to delivery, which were noted to be clear, but at the C-section, the baby was noted to have meconium-stained amniotic fluid. … The anesthesiologist, **Dr. Theiss**, was available and intubated the baby after the second attempt. Color change was noted on the indicator and an ET tube of 3.5 was placed in at initially a level of - a lip-to-tip level of 12. The baby was given airway support through the ET tube and a 3 mL dose of epinephrine was given via the ET tube, as no peripheral axis could be established."

### Seizing

53. That the records of **Allegiance Hospital**, on the **child, Brooklynn Stiles**, indicate, "**NEUROLOGICAL: She has poor tone. She was noted during her seizing episode to have posturing and chewing and smacking at her ET tube.**"

### Resuscitation Record

54. That the records of **Allegiance Hospital**, on the **mother, Lauren Sussex**, indicate, "Neonatal **Resuscitation Record**: <u>7/5/12</u>. Birth: <u>1634</u>. Resuscitation procedures initiated at <u>1635</u>.  Resuscitation procedures completed at <u>1700</u>. **Apgar scores** at 1 minute 1; 5 minutes 1; 10 minutes 1; 15 minutes 1; 20 minutes 1; 25 minutes 3.  (*It appears as if the Apgar scores have been changed from a 0 to 1.*)  Procedures: Positive pressure ventilation <u>1635</u>.  Intubation at <u>1634</u>.  ETT ventilation <u>1651</u>.  Cardiac compressions at <u>1635</u> and <u>1700</u>.  Epinephrine given at <u>1652</u>, <u>1654</u> and <u>1657</u>.  First gas time noted none.  Spontaneous respirations time noted none.  First grimace time noted none.  Heart rate > 60 not filled in.  Heart

rate > 100 bpm at **1700**. Improvement in color at **1700**. Transferred to Special Care Nursery. Signed: **Dr. N. Scharma, MD**."

<div align="center">

**Born at 1634**

</div>

55. That the records of **Allegiance Hospital**, on the **child, Brooklynn Stiles**, indicate: (P63) **07/05/12  16:52** O:(PF): Epinephrine give in ET tube **07/05/12  16:57** O:(PF): Epinephrine given for 2nd time in ET Tube **07/05/12  17:00** O:(PF): Compressions continued and **Dr. Theiss** intubated with 3.5 ET tube **07/05/12  17:05** O:(PF}: started cardiac chest compressions at **1634** to **1700 07/05/12  17:26** S(PF): several IV attempted. Some with blood return but not flushing due to site blowing. **07/05/12  17:49** O:(PF): baby transported to SCN (special care nursery).

<div align="center">

**Born at 1634 – blood gas at 1820**

</div>

56. That the records of **Allegiance Hospital**, on the **child, Brooklynn Stiles**, indicate: (P49)  Date: **7/5/12**.  Time 18:20.  Arterial PH 6.831 L, Ref Range Units 7.35-7.35.  Arterial PC02 59.6 H, Ref Range Units 35-45 MMHG.  Arterial P02 70.0 L, Ref Range Units 80-100 MMHG.

<div align="center">

**University of Michigan Hospital – HIE / Multi-organ failure / seizures**

**Hypoxic-Ischemic Encephalopathy**

</div>

57. That the records of **University of Michigan Hospital** on the **child, Brooklynn Stiles.**, indicate, "ADMISSION DATE: **07/05/2012**. DISCHARGE DATE: **07/30/2012**. Principal Diagnosis (from current hospital stay): **hypoxic-ischemic encephalopathy.  Secondary Diagnosis:  Multi-organ system dysfunction resolved, seizures, hypotension resolved, feeding difficulties in newborn, pseudobulbar palsy weak gag, but improving.**"

<div align="center">

**MRI - Hypoxic-Ischemic Encephalopathy at birth, remained apneic, Heart Rate < 60 / Body Cooling**

</div>

58. That the records of **University of Michigan Hospital** on the **child, Brooklynn Stiles.**, indicate, "LABOR: **Labor was induced for post-dates gestation** on **7/5** at **08:24** with Cytotec.  Membranes were ruptured on **7/5** at **09:52** with clear amniotic fluid.  Membranes were ruptured for a total of 6.5 hours.  Infant had vertex presentation.  At **16:00**, mother was taken to the OR for emergent c-section for non-reassuring fetal heart tones.  Meconium was noted during the c-section.  **DELIVERY**

<div style="writing-mode: vertical">

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

</div>

**HISTORY**:  Infant was born at **16:34** on **7/5/2012**.  At delivery, the infant was initially not vigorous and was endotracheally intubated for suctioning below the cords given meconium on delivery.  Suction returned mucus plug but no meconium.  Infant remained apneic, with **HR noted to be <60.  PPV was attempted with no improvement in heart rate, chest compressions were begun.  Multiple attempts at IV access without success.  Epinephrine doses x2 were introduced via ETT at 16:52 and 16:53 for heart rate continuously <60.  Chest compressions** continued until Brooklynn was re-intubated with a 3.5 ETT secured at 12cm at the lip at 17:00.  Heart rate at this point improved to >100, Sp02 in the 70s.  An intraosseous line was placed in the right leg and a l0mL/kg NS bolus and **sodium bicarbonate** x2 given via I/O line given metabolic acidosis on blood gas.  Sp02 continued to improve into the 80s.  Upon arrival  of  University of Michigan NICU (neonatal intensive care unit) transport  team at Allegiance, **lip  smacking** and **facial deviation** to the right were noted with right fist shaking,  and a loading dose of 20mg/kg Phenobarbital was given at **19:30**.  Ampicillin and Gentamicin also started at **19:30**.  A scalp PIV was also placed prior to transport.  Infant was prepped for transfer to the **University of Michigan NICU** to be admitted for whole body cooling in the setting of prolonged resuscitation requirements.  TRANSPORT HISTORY:  Brooklynn was noted to have additional **lip smacking** movements shortly after the Phenobarbital dose was given but then resolved without intervention.  She was passively cooled, with a temperature of   34 C at **19:25**.  D10W at 60ml/kg/day was given during transport.  Initial ventilator settings were PC/AC PIP 15/5 rate 60,  with spontaneous rate of 70s;  however, transport ventilator cannot be triggered,  and rate was reset at 40 due to her hyperventilation.  Upon arrival to the University of Michigan, **whole body cooling protocol was initiated, and central** access obtained via UAC and PIV x2.  Esophageal temperature monitor was placed."

### MRI Global HIE

59. That the records of **University of Michigan Hospital** on the **child, Brooklynn Stiles.**, indicate, "**Head MRI on 7/12/2012**  showed extensive diffusion restriction in the bilateral putamen and bilateral thalami concerning for **global hypoxic ischemic encephalopathy**, with additional diffusion restriction in anterior genu of the corpus collosum and no venus sinus thrombosis. Brooklynn's AEDs were weaned with Keppra discontinued on **7/17** and a Phenobarbital wean was initiated.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

She will continue the wean as an outpatient and will be followed by Neurology."

### Hypoxic-Ischemic Encephalopathy

60. That the records of **University of Michigan Hospital** on the **child, Brooklynn Stiles.**, indicate, "**7/12** MRA/MRI Head 1. Extensive diffusion restriction involving the bilateral putamina and bilateral thalami concerning for **global ischemic injury** as seen in **hypoxic ischemic encephalopathy (HIE). There is evidence of early hemorrhage with luxury profusion involving the left putamen**. Focal enhancement in the right frontal cortex compatible predominately blood-brain barrier. 2. Additional diffusion restriction in the anterior genuine the corpus callosum is in an atypical location but also suspicious for ischemic injury. 3. No convincing evidence of venous sinus thrombosis. Fetal survey at 20 weeks was within normal limits."

### V.

### CLAIM FOR NEGLIGENCE OF DEFENDANT

61. That Defendant, the United States of America, by and through its agents, apparent agents, employees, servants, representatives, and contractors, undertook duties to provide proper care to Lauren Sussex and her unborn child, B.S, with the level of care, skill, and treatment that is recognized as acceptable and appropriate by reasonably prudent health care providers.

62. That at all times material herein **Dr. Dana Virgo** was the agent, servant and/or employee, either real or ostensible, of Center for Family Health, Jackson, Michigan.

63. That at all times material herein **Dr. Sangeeta Sinha** was the agent, servant and/or employee, either real or ostensible, of Center for Family Health, Jackson, Michigan.

64. That at all times material herein, a patient-doctor relationship existed between Plaintiffs and **Dr. Dana Virgo.**

65. That at all times material herein, a patient-doctor relationship existed between Plaintiffs and **Dr. Sangeeta Sinha.**

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

66. That at all times material herein, there was a patient-doctor relationship between doctors, nurses and/or medical assistants who cared for Plaintiffs Allegiance Health which doctors and nurses were the agents, servants or employees of **Center for Family Health.**, either real or ostensible.

67. That at all times material herein **Dr. Dana Virgo** was a physician duly licensed to practice medicine in the State of Michigan.

68. That at all times material herein **Dr. Sangeeta Sinha** was a physician duly licensed to practice medicine in the State of Michigan.

69. That when Plaintiffs were treated at Allegiance Health, Plaintiffs were <u>staff patients</u> and a doctor or doctors were assigned pursuant to the **Center for Family Health,** procedures, by **Center for Family Health Inc.,** to care for Plaintiffs and said doctors were the agents, servants and/or employees of said **Center for Family  Health.**, either real or ostensible.

70. That **Dr. Dana Virgo** was the agent, servant or employee of Center for Family Health, either real or ostensible, and was acting in the course and scope of said employment when said doctor treated Plaintiffs and violated the standard of practice of her profession in the care and treatment of Plaintiffs as stated herein.

71. That **Dr. Sangeeta Sinha** was the agent, servant or employee of Center for Family Health, either real or ostensible, and was acting in the course and scope of said employment when said doctor treated Plaintiffs and violated the standard of practice of her profession in the care and treatment of Plaintiffs as stated herein.

72. That **Center for Family Health** is liable to Plaintiffs herein under the doctrine of respondeat superior, either real or ostensible for the malpractice of Dr. Virgo as alleged herein.

73. That **Center for Family Health** is liable to Plaintiffs herein under the doctrine of respondeat superior, either real or ostensible for the malpractice of Dr. Sangeeta as alleged herein.

74. That **Center for Family Health** is a federally funded healthcare facility owned, operated and controlled by the United States of America through its agency, Department of Health and Human Services.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

75. That at all times material hereto, **Dr. Dana Virgo,** when rendering health care services to Plaintiffs herein, was the agent, servant and/or employee of the Department of Health and Human Services of the United States of America, or some other agency thereof, and was at all times material hereto, acting within the course and scope of such employment.

76. That at all times material hereto, **Dr. Sangeeta Sinha,** when rendering health care services to Plaintiffs herein, was the agent, servant and/or employee of the Department of Health and Human Services of the United States of America, or some other agency thereof, and was at all times material hereto, acting within the course and scope of such employment.

### STANDARD OF CARE - DR. DANA VIRGO

77. That at all times material herein **Dr. Dana Virgo** owed duties to Plaintiffs pursuant to the patient-doctor relationship that existed between them and **pursuant to the standard of practice or care of her profession:**

   a. To exercise reasonable skill and diligence to timely request and timely demand the presence of a physician immediately to evaluate Plaintiffs.

   b. To exercise reasonable skill and diligence to timely diagnose non-reassuring fetal heart tones and/or fetal distress.

   c. To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turn the mother's position.

   d. To exercise reasonable skill and diligence to timely and periodically, properly review and evaluate the fetal monitoring strip that was produced herein.

   e. To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section.

   f. To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

g. To exercise reasonable skill and diligence to timely order and timely perform a Cesarean section.

h. To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to timely recognize non-reassuring fetal heart tones.

i. To timely request and/or order the presence of a Neonatologist and/or Pediatrician and/or expert to be present for the delivery herein to resuscitate and care for the newborn Plaintiff.

j. To exercise reasonable skill and diligence in the timely treatment and care of Plaintiffs' conditions, to-wit: timely order and/or timely perform delivery herein.

k. To timely exercise reasonable skill and diligence and request or order general anesthesia so that the C-section could be done sooner and prevent further hypoxia and/or ischemia.

l. To timely request a crew and anesthesia to come stat so that a stat C-section could be timely performed.

m. To exercise reasonable skill and diligence to timely diagnose non-reassuring fetal heart tones / patterns and/or fetal distress.

n. To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turning position, mother position.

o. To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics to stop contractions.

p. To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section so as to prevent hypoxia and/or ischemia from resulting in brain damage while the fetus remained in the uterus.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

q. To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to recognize non-reassuring fetal heart tones.

r. To timely exercise reasonable skill and diligence to recognize decreases and/or absence in fetal heart rate variability.

s. To timely exercise reasonable skill and diligence to recognize fetal heart rate tachycardia.

t. To timely exercise reasonable skill and diligence to recognize absence of fetal heart rate accelerations.

u. To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section and/or timely offer the patient the opportunity to have a C-section.

v. To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions.

w. To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions, to-wit: fetal distress / non-reassuring fetal heart tones.

x. To exercise reasonable skill and diligence to timely treat Plaintiffs' conditions.

y. To exercise reasonable skill and diligence to timely diagnose late fetal heart rate decelerations and/or fetal heart rate variable decelerations on the fetal monitoring graph.

z. To exercise reasonable skill and diligence to timely recognize decrease in fetal heart rate variability.

aa. To exercise reasonable skill and diligence to timely deliver Plaintiff minor.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

bb. To exercise reasonable skill and diligence to timely request / order a general anesthesia so the delivery could be expedited herein.

cc. To exercise reasonable skill and diligence to timely order and/or timely place a fetal scalp electrode and/or intrauterine pressure catheter to more accurately monitor the fetal heart rate and pattern and to more accurately monitor the strength of the contractions.

dd. To exercise reasonable skill and diligence to follow Defendant hospital's guidelines and/or policies and/or procedures and/or protocol in the care and treatment of Plaintiff herein.

ee. To timely perform and appreciate a thorough history and physical examination;

ff. To timely recognize the signs and symptoms of fetal distress, non-reassuring fetal heart rate and/or patterns including, but not limited to, complaints of decreased fetal movement and/or minimal fetal heart rate variability and/or absent fetal heart rate variability and/or late decelerations and/or variable decelerations of the fetal heart rate and/or the absence of accelerations of the fetal heart rate and/or tachycardia and/or fetal tachycardia, which appeared on the fetal heart monitor tracing;

gg. To timely take the appropriate action when fetal distress, non-reassuring fetal heart rate and/or patterns were identified, including immediately notifying the attending physician that he needs to come in to evaluate the mother's condition immediately and prep patient for a C-section, and ready and call for a crew, nurses, anesthesia and physicians for an impending C-section.

hh. To timely and properly seek reassurance when it became apparent that the fetal heart rates and/or patterns were showing signs of distress, non-reassuring fetal heart rate and/or patterns, including but not limited to performing external stimulation, vibroacoustic stimulation and/or a scalp stimulation test;

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

ii.  To timely institute measures aimed at improving fetal oxygenation and placental perfusion, including but not limited to, repositioning mother, starting oxygen, and initiating / increasing IV fluid;

jj.  To exercise reasonable skill and diligence to timely recognize that if the vaginal delivery / birth was remote that a stat C-section was required before hypoxia and/or ischemia resulted in brain damage.

kk. To timely recognize that there were non-reassuring fetal heart rates and/or  patterns, and immediately initiate a consultation for consideration of a C-section and/ or by using the chain of command;

ll.  To timely utilize the chain of command to ensure that the mother received timely, adequate information to make an informed refusal or consent for a C-section.

mm.  To timely exercise reasonable skill and diligence to timely have continuous and accurate electronic  fetal monitoring of the fetal heart rate and/or contractions.

nn. To exercise reasonable skill and diligence to properly and adequately interpret the fetal monitoring graphs that showed fetal heart rate and/or contractions.

oo. To exercise reasonable skill and diligence to timely and periodically supervise and instruct residents and/or nurses in the care, treatment and monitoring of Plaintiffs.

## **STANDARD OF CARE - DR. SANGEETA SINHA**

78. That at all times material herein **Dr. Sangeeta Sinha** owed duties to Plaintiffs pursuant to the patient-doctor relationship that existed between them and **pursuant to the standard of practice or care of her profession:**

a.  To exercise reasonable skill and diligence to timely request and timely demand the presence of a physician immediately to evaluate Plaintiffs.

b.  To exercise reasonable skill and diligence to timely diagnose non-reassuring fetal heart tones and/or fetal distress.

c.  To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turn the mother's position.

d.  To exercise reasonable skill and diligence to timely and periodically, properly review and evaluate the fetal monitoring strip that was produced herein.

e.  To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section.

f.  To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics.

g.  To exercise reasonable skill and diligence to timely order and timely perform a Cesarean section.

h.  To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to timely recognize non-reassuring fetal heart tones.

i.  To timely request and/or order the presence of a Neonatologist and/or Pediatrician and/or expert to be present for the delivery herein to resuscitate and care for the newborn Plaintiff.

j.  To exercise reasonable skill and diligence in the timely treatment and care of Plaintiffs' conditions, to-wit: timely order and/or timely perform delivery herein.

k.  To timely exercise reasonable skill and diligence and request or order general anesthesia so that the C-section could be done sooner and prevent further hypoxia and/or ischemia.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

l.   To timely request a crew and anesthesia to come stat so that a stat C-section could be timely performed.

m.  To exercise reasonable skill and diligence to timely diagnose non-reassuring fetal heart tones / patterns and/or fetal distress.

n.   To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turning position, mother position.

o.   To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics to stop contractions.

p.   To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section so as to prevent hypoxia and/or ischemia from resulting in brain damage while the fetus remained in the uterus.

q.   To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to recognize non-reassuring fetal heart tones.

r.   To timely exercise reasonable skill and diligence to recognize decreases and/or absence  in fetal heart rate variability.

s.   To timely exercise reasonable skill and diligence to recognize fetal heart rate tachycardia.

t.   To timely exercise reasonable skill and diligence to recognize absence of fetal heart rate accelerations.

u.   To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section and/or timely offer the patient the opportunity to have a C-section.

v.   To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions.

w.  To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions, to-wit: fetal distress / non-reassuring fetal heart tones.

x.  To exercise reasonable skill and diligence to timely treat Plaintiffs' conditions.

y.  To exercise reasonable skill and diligence to timely diagnose late fetal heart rate decelerations and/or fetal heart rate variable decelerations on the fetal monitoring graph.

z.  To exercise reasonable skill and diligence to timely recognize decrease in fetal heart rate variability.

aa. To exercise reasonable skill and diligence to timely deliver Plaintiff minor.

bb. To exercise reasonable skill and diligence to timely request / order a general anesthesia so the delivery could be expedited herein.

cc. To exercise reasonable skill and diligence to timely order and/or timely place a fetal scalp electrode and/or intrauterine pressure catheter to more accurately monitor the fetal heart rate and pattern and to more accurately monitor the strength of the contractions.

dd. To exercise reasonable skill and diligence to follow Defendant hospital's guidelines and/or policies and/or procedures and/or protocol in the care and treatment of Plaintiff herein.

ee. To timely perform and appreciate a thorough history and physical examination;

ff. To timely recognize the signs and symptoms of fetal distress, non-reassuring fetal heart rate and/or patterns including, but not limited to, complaints of decreased fetal movement and/or minimal fetal heart rate variability and/or absent fetal heart rate variability and/or late decelerations and/or variable decelerations of the fetal heart rate and/or the absence of accelerations of the fetal heart rate and/or tachycardia and/or fetal tachycardia, which appeared on the fetal heart monitor tracing;

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

gg. To timely take the appropriate action when fetal distress, non-reassuring fetal heart rate and/or patterns were identified, including immediately notifying the attending physician that he needs to come in to evaluate the mother's condition immediately and prep patient for a C-section, and ready and call for a crew, nurses, anesthesia and physicians for an impending C-section.

hh. To timely and properly seek reassurance when it became apparent that the fetal heart rates and/or patterns were showing signs of distress, non-reassuring fetal heart rate and/or patterns, including but not limited to performing external stimulation, vibroacoustic stimulation and/or a scalp stimulation test;

ii. To timely institute measures aimed at improving fetal oxygenation and placental perfusion, including but not limited to, repositioning mother, starting oxygen, and initiating / increasing IV fluid;

jj. To exercise reasonable skill and diligence to timely recognize that if the vaginal delivery / birth was remote that a stat C-section was required before hypoxia and/or ischemia resulted in brain damage.

kk. To timely recognize that there were non-reassuring fetal heart rates and/or patterns, and immediately initiate a consultation for consideration of a C-section and/ or by using the chain of command;

ll. To timely utilize the chain of command to ensure that the mother received timely, adequate information to make an informed refusal or consent for a C-section.

mm. To timely exercise reasonable skill and diligence to timely have continuous and accurate electronic fetal monitoring of the fetal heart rate and/or contractions.

nn. To exercise reasonable skill and diligence to properly and adequately interpret the fetal monitoring graphs that showed fetal heart rate and/or contractions.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

oo. To exercise reasonable skill and diligence to timely and periodically supervise and instruct residents and/or nurses in the care, treatment and monitoring of Plaintiffs.

## **BREACH BY DR. DANA VIRGO**

79. That **Dr. Dana Virgo, breached the aforementioned duties in at least one and possibly more of the following particulars, so far as it is presently known, by failing:**

a. To exercise reasonable skill and diligence to timely request and timely demand the presence of a physician immediately to evaluate Plaintiffs.

b. To exercise reasonable skill and diligence to timely diagnose non-reassuring fetal heart tones and/or fetal distress.

c. To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turn the mother's position.

d. To exercise reasonable skill and diligence to timely and periodically, properly review and evaluate the fetal monitoring strip that was produced herein.

e. To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section.

f. To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics.

g. To exercise reasonable skill and diligence to timely order and timely perform a Cesarean section.

h. To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to timely recognize non-reassuring fetal heart tones.

i. To timely request and/or order the presence of a Neonatologist and/or Pediatrician and/or expert to be present for the delivery herein to resuscitate and care for the newborn Plaintiff.

j. To exercise reasonable skill and diligence in the timely treatment and care of Plaintiffs' conditions, to-wit: timely order and/or timely perform delivery herein.

k. To timely exercise reasonable skill and diligence and request or order general anesthesia so that the C-section could be done sooner and prevent further hypoxia and/or ischemia.

l. To timely request a crew and anesthesia to come stat so that a stat C-section could be timely performed.

m. To exercise reasonable skill and diligence to timely diagnose non reassuring fetal heart tones / patterns and/or fetal distress.

n. To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turning position, mother position.

o. To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics to stop contractions.

p. To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section so as to prevent hypoxia and/or ischemia from resulting in brain damage while the fetus remained in the uterus.

q. To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to recognize non-reassuring fetal heart tones.

r. To timely exercise reasonable skill and diligence to recognize decreases and/or absence in fetal heart rate variability.

s. To timely exercise reasonable skill and diligence to recognize fetal heart rate tachycardia.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

t.  To timely exercise reasonable skill and diligence to recognize absence of fetal heart rate accelerations.

u.  To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section and/or timely offer the patient the opportunity to have a C-section.

v.  To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions.

w. To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions, to-wit: fetal distress / non-reassuring fetal heart tones.

x.  To exercise reasonable skill and diligence to timely treat Plaintiffs' conditions.

y.  To exercise reasonable skill and diligence to timely diagnose late fetal heart rate decelerations and/or fetal heart rate variable decelerations on the fetal monitoring graph.

z.  To exercise reasonable skill and diligence to timely recognize decrease in fetal heart rate variability.

aa. To exercise reasonable skill and diligence to timely deliver Plaintiff minor.

bb. To exercise reasonable skill and diligence to timely request / order a general anesthesia so the delivery could be expedited herein.

cc. To exercise reasonable skill and diligence to timely order and/or timely place a fetal scalp electrode and/or intrauterine pressure catheter to more accurately monitor the fetal heart rate and pattern and to more accurately monitor the strength of the contractions.

dd. To exercise reasonable skill and diligence to follow Defendant hospital's guidelines and/or policies and/or procedures and/or protocol in the care and treatment of Plaintiff herein.

ee. To timely perform and appreciate a thorough history and physical examination;

ff.  To timely recognize the signs and symptoms of fetal distress, non-reassuring fetal heart rate and/or patterns including, but not limited to, complaints of decreased fetal movement and/or minimal fetal heart rate variability and/or absent fetal heart rate variability and/or late decelerations and/or variable decelerations of the fetal heart rate and/or the absence of accelerations of the fetal heart rate and/or tachycardia and/or fetal tachycardia, which appeared on the fetal heart monitor tracing;

gg. To timely take the appropriate action when fetal distress, non-reassuring fetal heart rate and/or patterns were identified, including immediately notifying the attending physician that he needs to come in to evaluate the mother's condition immediately and prep patient for a C-section, and ready and call for a crew, nurses, anesthesia and physicians for an impending C-section.

hh. To timely and properly seek reassurance when it became apparent that the fetal heart rates and/or patterns were showing signs of distress, non-reassuring fetal heart rate and/or patterns, including but not limited to performing external stimulation, vibroacoustic stimulation and/or a scalp stimulation test;

ii.  To timely institute measures aimed at improving fetal oxygenation and placental perfusion, including but not limited to, repositioning mother, starting oxygen, and initiating / increasing IV fluid;

jj.  To exercise reasonable skill and diligence to timely recognize that if the vaginal delivery / birth was remote that a stat C-section was required before hypoxia and/or ischemia resulted in brain damage.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

kk. To timely recognize that there were non-reassuring fetal heart rates and/or patterns, and immediately initiate a consultation for consideration of a C-section and/ or by using the chain of command;

ll. To timely utilize the chain of command to ensure that the mother received timely, adequate information to make an informed refusal or consent for a C-section.

mm. To timely exercise reasonable skill and diligence to timely have continuous and accurate electronic fetal monitoring of the fetal heart rate and/or contractions.

nn. To exercise reasonable skill and diligence to properly and adequately interpret the fetal monitoring graphs that showed fetal heart rate and/or contractions.

oo. To exercise reasonable skill and diligence to timely and periodically supervise and instruct residents and/or nurses in the care, treatment and monitoring of Plaintiffs.

## BREACH BY DR. SANGEETA SINHA

80. That **Dr. Sangeeta Sinha, breached the aforementioned duties in at least one and possibly more of the following particulars, so far as it is presently known, by failing:**

a. To exercise reasonable skill and diligence to timely request and timely demand the presence of a physician immediately to evaluate Plaintiffs.

b. To exercise reasonable skill and diligence to timely diagnose non-reassuring fetal heart tones and/or fetal distress.

c. To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turn the mother's position.

d. To exercise reasonable skill and diligence to timely and periodically, properly review and evaluate the fetal monitoring strip that was produced herein.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

e.  To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section.

f.  To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics.

g.  To exercise reasonable skill and diligence to timely order and timely perform a Cesarean section.

h.  To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to timely recognize non-reassuring fetal heart tones.

i.  To timely request and/or order the presence of a Neonatologist and/or Pediatrician and/or expert to be present for the delivery herein to resuscitate and care for the newborn Plaintiff.

j.  To exercise reasonable skill and diligence in the timely treatment and care of Plaintiffs' conditions, to-wit: timely order and/or timely perform delivery herein.

k.  To timely exercise reasonable skill and diligence and request or order general anesthesia so that the C-section could be done sooner and prevent further hypoxia and/or ischemia.

l.  To timely request a crew and anesthesia to come stat so that a stat C-section could be timely performed.

m. To exercise reasonable skill and diligence to timely diagnose non-reassuring fetal heart tones / patterns and/or fetal distress.

n.  To exercise reasonable skill and diligence to timely order and/or timely perform intrauterine resuscitation with the administration of oxygen and IV hydration and/or turning position, mother position.

o.  To exercise reasonable skill and diligence to timely order and/or timely administer tocolytics to stop contractions.

p.  To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section so as to prevent hypoxia and/or ischemia from resulting in brain damage while the fetus remained in the uterus.

q.  To exercise reasonable skill and diligence to timely and periodically review and/or timely evaluate properly the fetal monitoring graph that was produced herein to recognize non-reassuring fetal heart tones.

r.  To timely exercise reasonable skill and diligence to recognize decreases and/or absence in fetal heart rate variability.

s.  To timely exercise reasonable skill and diligence to recognize fetal heart rate tachycardia.

t.  To timely exercise reasonable skill and diligence to recognize absence of fetal heart rate accelerations.

u.  To exercise reasonable skill and diligence to timely order and/or timely perform a Cesarean section and/or timely offer the patient the opportunity to have a C-section.

v.  To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions.

w.  To exercise reasonable skill and diligence to timely diagnose Plaintiffs' conditions, to-wit: fetal distress / non-reassuring fetal heart tones.

x.  To exercise reasonable skill and diligence to timely treat Plaintiffs' conditions.

y.  To exercise reasonable skill and diligence to timely diagnose late fetal heart rate decelerations and/or fetal heart rate variable decelerations on the fetal monitoring graph.

z.  To exercise reasonable skill and diligence to timely recognize decrease in fetal heart rate variability.

aa. To exercise reasonable skill and diligence to timely deliver Plaintiff minor.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

bb. To exercise reasonable skill and diligence to timely request / order a general anesthesia so the delivery could be expedited herein.

cc. To exercise reasonable skill and diligence to timely order and/or timely place a fetal scalp electrode and/or intrauterine pressure catheter to more accurately monitor the fetal heart rate and pattern and to more accurately monitor the strength of the contractions.

dd. To exercise reasonable skill and diligence to follow Defendant hospital's guidelines and/or policies and/or procedures and/or protocol in the care and treatment of Plaintiff herein.

ee. To timely perform and appreciate a thorough history and physical examination;

ff. To timely recognize the signs and symptoms of fetal distress, non-reassuring fetal heart rate and/or patterns including, but not limited to, complaints of decreased fetal movement and/or minimal fetal heart rate variability and/or absent fetal heart rate variability and/or late decelerations and/or variable decelerations of the fetal heart rate and/or the absence of accelerations of the fetal heart rate and/or tachycardia and/or fetal tachycardia, which appeared on the fetal heart monitor tracing;

gg. To timely take the appropriate action when fetal distress, non-reassuring fetal heart rate and/or patterns were identified, including immediately notifying the attending physician that he needs to come in to evaluate the mother's condition immediately and prep patient for a C-section, and ready and call for a crew, nurses, anesthesia and physicians for an impending C-section.

hh. To timely and properly seek reassurance when it became apparent that the fetal heart rates and/or patterns were showing signs of distress, non-reassuring fetal heart rate and/or patterns, including but not

limited to performing external stimulation, vibroacoustic stimulation and/or a scalp stimulation test;

ii. To timely institute measures aimed at improving fetal oxygenation and placental perfusion, including but not limited to, repositioning mother, starting oxygen, and initiating / increasing IV fluid;

jj. To exercise reasonable skill and diligence to timely recognize that if the vaginal delivery / birth was remote that a stat C-section was required before hypoxia and/or ischemia resulted in brain damage.

kk. To timely recognize that there were non-reassuring fetal heart rates and/or patterns, and immediately initiate a consultation for consideration of a C-section and/ or by using the chain of command;

ll. To timely utilize the chain of command to ensure that the mother received timely, adequate information to make an informed refusal or consent for a C-section.

mm. To timely exercise reasonable skill and diligence to timely have continuous and accurate electronic fetal monitoring of the fetal heart rate and/or contractions.

nn. To exercise reasonable skill and diligence to properly and adequately interpret the fetal monitoring graphs that showed fetal heart rate and/or contractions.

oo. To exercise reasonable skill and diligence to timely and periodically supervise and instruct residents and/or nurses in the care, treatment and monitoring of Plaintiffs.

81. Defendant United States of America is liable herein by virtue of its independent negligence and/or under the doctrine of RESPONDEAT SUPERIOR for the acts and/or omissions of its agents, servants, and/or employees, and other persons who rendered care, treatment or medical

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

services to Plaintiffs under some concession arrangement because of their apparent authority to be the agents, servants and/or employees of Defendant clinic.

82. Defendant United States of America is liable herein for negligence / malpractice under the doctrine of RESPONDEAT SUPERIOR for the acts and/or omissions of its agents, servants, and/or employees, and other persons who rendered care, treatment or medical services to Plaintiffs under some concession arrangement because of their apparent authority to be the agents, servants and/or employees of Defendant.

83. That at all times material herein, the injuries and/or damages suffered by the Plaintiffs were more probably than not proximately caused by the negligence/malpractice of the Defendant, United States of America, its agents, servants and/or employees, either real or ostensible.

## VI.

## PLAINTIFFS' DAMAGES

84. That Plaintiff, B.S., sustained personal injuries herein before and herein after alleged as a direct and proximate result of Defendant's agents, servants and/or employees, negligence and malpractice as herein alleged.

85. That as a direct and proximate result of the negligence and malpractice as herein alleged by Defendant's agents, servants and/or employees, either real or ostensible, as aforesaid, the injured Plaintiff, B.S.:

    A.    sustained severe and permanent bodily injuries which were painful, disabling and necessitated medical care; and/or

    B.    suffered shock, mental anguish, fright and emotional damage; and/or

    C.    sustained possible aggravation of pre-existing conditions and/or reactivation of dormant conditions; and/or

    D.    was and/or may continue to be unable to attend to his usual affairs, daily activities, including, but not limited to, household chores, and personal needs; and/or

E. was and/or may continue to be unable to render services including, but not limited to, household chores, and personal needs; and/or

F. hampered said Plaintiff in the enjoyment of the normal pursuit of life; and/or

G. said injuries are permanent to the degree that Plaintiff suffered a loss in ability to earn money and will have impaired earning capacity in the future; and/or

H. will continue to have pain and suffering in the future as well as permanent impairment and disabilities.

I. said injuries are permanent and Plaintiff will continue to have said damages in the future; and/or

J. any other damages which are applicable and which are recoverable pursuant to statute, case law and Michigan court rules.

86. That at all times material herein, Plaintiff, Lauren Sussex, was not at fault and/or was not negligent.

87. That at all times material herein, Plaintiff, B.S., was not at fault and/or was not negligent.

88. That at all times material herein, as a direct and proximate result of the negligence of Defendant's agents, servants and/or employees, either real or ostensible:

A. Plaintiff, B.S., has motor function impairment resulting in a total permanent functional loss of one or more limbs caused by injury to the brain and/or injury and/or

B. Plaintiff, B.S., has permanently impaired cognitive capacity rendering him incapable of making independent, responsible life decisions and permanently incapable of independently performing the activities of normal daily living.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

89. That as a direct and proximate result of the negligence / malpractice as herein alleged of Defendant's agents, servants and/or employees, either real or ostensible, the injured Plaintiff, B.S., suffered and/or will continue to suffer damages, both past and future, permitted under the law, including, but not limited to, one or more of the following: attendant care, medical expenses, medical supplies, medicine and equipment, hospital expenses, nursing home expenses, loss of wages, loss of ability to work, loss of ability to care for self needs, loss of ability to care for family members, impaired earning capacity, past miscellaneous expenses, loss of ability to care for household needs, future miscellaneous expenses, loss of insurance benefits, loss of benefits, vocational rehabilitation expenses, special education expenses, home modification expenses, transportation expenses, supervision and any and all other damages which are applicable and are recoverable pursuant to the statutes of the United States of America, the State of Michigan, case law and court rules.

90. That as a direct and proximate result of the negligence / malpractice of the Defendant's servants, agents and/or employees, either real or ostensible, and the resulting injuries to Plaintiff, B.S., Plaintiff did and may continue to incur expenses for hospitals, doctors, diagnostic tests, medical procedures, therapies, x-rays, medicines and other medical supplies, equipment, attention, rehabilitation, nursing, and attendant care.

91. That as a direct and proximate result of the negligence and malpractice of the Defendant's servants, agents and/or employees, either real or ostensible, and the resulting injuries to Plaintiff, Plaintiff's mother did and may continue to incur expenses for hospitals, doctors, diagnostic tests, medical procedures, therapies, x-rays, medicines and other medical supplies, attention, rehabilitation, nursing, and attendant care.

92. That Lauren Sussex is the mother of B.S.

93. That Plaintiff mother Lauren Sussex witnessed the infliction of tortuous injuries upon her child by Defendant's servants, agents and/or employees and suffered from adverse consequential effects there from due to the negligence and malpractice of the Defendant's agents, servants and/or employees, either real or ostensible, including severe emotional, nervous, and mental disturbances resulting in headaches, depression, and permanent emotional and nervous disturbances.

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

94. That as a direct and proximate result of the negligence and malpractice of Defendant's agents, servants and/or employees, either real or ostensible, and the resulting injuries to Plaintiff, B.S., Plaintiff's mother did and/or may continue to incur <u>expenses</u> for and/or perform services, including, but not limited to, nursing services, attendant care, household chores, personal services, and personal care.

95. That attached hereto and incorporated by reference herein is a statement from **Medicaid** showing amounts paid for medical care rendered to B.S. (**Ex A**)

96. That attached hereto and incorporated by reference herein is a statement from **First Recovery Group** showing amounts paid by Meridian Health Plan for medical care rendered to B.S. (**Ex B**)

97. That Plaintiff, Lauren Sussex has been appointed by the United States District Court for the Eastern District of Michigan as <u>Next Friend</u> for Plaintiff, B.S. a minor, born on 7/5/2012.

WHEREFORE, Plaintiffs respectfully request that the Court grant judgment against Defendant, jointly and severally, in whatever amount Plaintiffs are found to be entitled to compensatory damages; and for penalties, and Plaintiffs' actual attorney fees, plus interests and costs.

**THE THURSWELL LAW FIRM, P.L.L.C.**


_____/s/ ARDIANA CULAJ_____
By: ARDIANA CULAJ (P71553)
For the Firm
Attorney for Plaintiffs
1000 Town Center, Suite 500
Southfield, MI 48075
(248) 354-2222

Dated: 2/13/15

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221
(248) 354-2222

THE THURSWELL LAW FIRM, P.L.L.C.
Attorneys at Law
1000 TOWN CENTER
SUITE 500
Southfield, Michigan 48075-1221

(248) 354-2222

State of Illinois       )
                        )SS:
County of Cook          )

<u>AFFIDAVIT OF MERIT OF HEALTH CARE PROFESSIONAL</u>

Dr. Jeffrey Wener, being first duly sworn, deposes and states the following:

1.  I am a licensed health care professional. I am board certified in OB/GYN.

2.  I certify that I have reviewed the Notice of Intent to File Claim and the statements set forth in the Notice are within my area of specialty and were on the date of the malpractice, and one year prior to the dates of the alleged malpractice.

3.  I also certify that I have reviewed all of the medical records supplied to me by the Plaintiffs' attorney which concern the allegations contained in the Notice of Intent to File Claim.

4.  Lauren Sussex was a 22-year-old, with her first pregnancy, with a due date of 6/28/12. Lauren Sussex had an uneventful prenatal course at the Center for Family Health. At 41 weeks gestation, she was admitted to Allegiance Health Center for induction of labor on July 5, 2012. She was initially treated with one dose of Misoprostol 25 micrograms at approximately <u>8:30</u> in the morning. At approximately <u>9:52 a.m.</u>, a spontaneous rupture of membranes occurred with clear fluid identified. There were reassuring fetal heart tones up until approximately n <u>12:38 p.m.</u>, when the fetal heart tones showed a decreased fetal heart rate variability which lasted for approximately over one hour. The record indicates "fetal heart rate variability became extremely diminished to absent, lasting close to one hour." P29-30, Allegiance Hospital.

1

The attending physician, Dr. Dana Virgo, examined the patent at 1:38pm and found her to be 3 cm dilated, 70% effaced and a -2 station. At 1:42 pm, fetal heart tones reflected tachycardia in the 160s. At 2:48 p.m., a prolonged fetal heart rate deceleration occurred followed by late fetal heart rate decelerations and variable fetal heart rate decelerations. At 3:34 p.m., anesthesia was called regarding a cesarean section. The record also indicates: "Fetal heart tones with ongoing poor variability, late decelerations, no response to fetal scalp stimulation now.  Plan: C-section for non-reassuring fetal heart tones, remote from delivery, risks / benefits of surgery explained to patient. **7/5/12 3:50 p.m.**  Dr. Dana Virgo, MD." P45 At 4:02 p.m., the electronic fetal monitor was discontinued and at 4:34 pm, Lauren Sussex delivered an infant female (B.S.) with Apgar scores of 0/0, at one minute and five minutes respectively, weighing 7 pounds and 6 ounces. While the in the nursery, baby B.S. was diagnosed hypoxic-ischemic encephalopathy.

Prior to 7/5/12 at approximately 12:38 p.m., the fetal heart tones were essentially reassuring.  However, at about 12:38 pm, the fetal heart tones and patterns became non-reassuring. It was evident that at about 12:38 p.m., the fetal heart rate variability diminished significantly for well over an hour, and that this was documented in the medical record. At 1:42 p.m., she began developing fetal tachycardia. At 2:48 pm, she had a prolonged deceleration followed by late fetal heart rate decelerations and variable fetal heart rate decelerations as well as continued fetal heart rate tachycardia.

2

The standard of practice required that Dr. Virgo, OB/GYN and Dr. Sangeeta Sinha timely recognize and timely respond to non-reassuring fetal heart tones as described above, fetal heart rate diminished variability, the fetal heart rate tachycardia, fetal heart rate late decelerations and the fetal heart rate variable decelerations. The standard of practice required that Dr. Virgo and Dr. Sinha timely and properly interpret the fetal monitoring graphs as showing the non-reassuring fetal heart tones, diminished to absent fetal heart rate variability, fetal heart rate tachycardia, and fetal heart rate variable and late decelerations. The standard of practice of Dr. Virgo and Dr. Sinha required that they order a stat cesarean section at about 1:45 p.m., when the fetal tachycardia began after having had 1 hour of significantly diminished fetal heart rate variability. The standard of practice required that baby B.S. be delivered within 30 minutes of the calling of the stat cesarean section at 1:45 pm.

Had the standard of practice been met as described above, and the baby B.S. delivered at the latest by 3:30 p.m. on 7/5/12, to a reasonable degree of medical certainty, baby B.S would be normal today and would not suffer from the hypoxic-ischemic encephalopathy, developmental delays, neurological deficits, mental retardation, cerebral palsy, and seizures.

That from approximately 12:38 pm to 4:30 p.m., on 7/5/12, there were non-reassuring fetal heart tones. That the failure to timely recognize the non-reassuring fetal heart tones as described above, timely order a stat cesarean section, and the failure to deliver baby B.S. at the latest by 3:30 pm. resulted in baby B.S's brain receiving progressive and cumulative insufficient amounts of

oxygen-rich blood and the baby B.S. suffered brain damage as a result of oxygen deprivation.

5. I have been advised by Plaintiffs' attorney that Dr. Dana Virgo and/or Dr. Sangeeta Sinha may have been "employees and/or agents" of the federal government at the time of the malpractice. However, that is of no consequence to any of my opinions herein. Regardless of whether Dr. Virgo and Dr. Sinha were employees and/or agents of the federal government, it is my understanding they were both board-certified in OB/GYN at the time of the malpractice. As such, my opinions herein on the standard of practice of Dr. Virgo and Dr. Sinha's profession as OB/GYNs remain the same regardless of whether Dr. Virgo and Dr. Sinha were government employees or not.

6. My opinions in this Affidavit of Merit are preliminary and are based upon the specific information contained in the medical records in this particular case provided to me prior to signing this Affidavit of Merit. As additional information is obtained through additional medical records and throughout the course of discovery, including depositions, I reserve the right to modify and/or alter and/or change my opinions. The opinions expressed herein are based solely on the medical records supplied to me, as well as my knowledge, training, skill and experience. The above is meant to serve as a summary of my opinions, and may not include each and every opinion I have formulated.

7. That this is a meritorious case.

4

Further, affiant saith not.

_____
Dr. Jeffrey Wener

Subscribed and sworn to before me this
24th day of JANUARY, 2015.

_____
Notary Public
County: _COOK_
My Commission Expires: _6-5-17_

5

# EXHIBIT

# A

Michigan Department of Community Health
PO Box 30435
Lansing  MI  48909-7979



*Michigan Department*
*of Community Health*

**MDCH**

Rick Snyder, Governor
Nick Lyon, Director

February 4, 2015

Gerald Thurswell
1000 Town Ctr Ste 500
Southfield, MI 48075

D/I: July 5, 2012
Recipient: BROOKLYNN STILES
Medicaid ID#: 1086194673
Amount: $30,094.86

Dear Mr. Thurswell:

The Michigan Department of Community Health periodically reviews cases to determine if additional related claims have been paid.  Review of this case revealed additional itemized payments.  The updated amount of Medicaid's subrogation interest is $30,094.86.  If the beneficiary has been enrolled in a Medicaid Managed Care Plan, the plan is identified below and should be contacted directly regarding its interest. Please note that Medicaid and Medicaid Managed Care Plans are separate entities; **their subrogation interests must be resolved separately.**

Please contact our office prior to the conclusion of your case to discuss Medicaid reimbursement.

Thank you for your cooperation.  If you have any questions, please contact our office.

Sincerely,

Spring McKeever
Third Party Liability Division
Telephone: (517) 373-4636

Save Paper, Time and Money! Use MiNotifyTPL to submit your requests to MDCH. Visit us at Michigan.gov/MiNotifyTPL.

**Health Plans:**
Meridian Health (HAP)
777 Woodward Ave, Suite 600
Detroit, MI 48226

### MICHIGAN DEPARTMENT OF COMMUNITY HEALTH
#### Medicaid Report of Medical Services Paid

PRINT DATE: 02/04/2015

| RECIPIENT ID | 1086194673 | BIRTH DATE | INJURY DATE/NO |
|---|---|---|---|
| RECIPIENT NAME | BROOKLYNN STILES | 07/05/2012 | 07/05/2012  / 1 |

---

**1689600975     HURON VALLEY AMBULANCE**

**TCN: 311221510076246000**        Ambulance

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 002 | 07/05/2012 | 78009 | OTHER ALTER CONSCIOUSNES | Paid | $ 117.72 |
| | | 78039 | CONVULSIONS NEC | | |
| | | 4275 | CARDIAC ARREST | | |
| | HC | | *GROUND MILEAGE, PER STATUTE MILE* | | |

---

**1003878539     UNIVERSITY OF MICHIGAN**

**TCN: 311222110038742000**        Inpatient

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| | 07/05/2012 | 76873 | Severe hypoxic-ischemic encephalopathy | Paid | $ 23,318.58 |
| | | 243 | CONGENITAL HYPOTHYROIDSM | | |
| | | 7790 | CONVULSIONS IN NEWBORN | | |
| | | 9672 | CONT MECH VENT 96+ HRS | | |
| | | 3891 | ARTERIAL CATHETERIZATION | | |
| | | 3893 | VENOUS CATH NEC | | |
| | Procedures | | 0390,0611,0200,0471,0300,0200,0270,0460,0424,0421,0615,0730,0740,0320,0434,0258,0410,025 0,0431,0921 | | |

---

**1447275102     REGENTS OF UNIV OF MICH**

**TCN: 311227510029851000**        Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 001 | 07/05/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid | $ 117.82 |
| | HC | | *CATHETERIZATION OF UMBILICAL VEIN FOR DIAGNOSIS OR* | | |
| 002 | 07/05/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid | $ 39.21 |
| | HC | | *CATHETERIZATION, UMBILICAL ARTERY, NEWBORN, FOR DI* | | |

---

**1689600975     HURON VALLEY AMBULANCE**

**TCN: 311221510076246000**        Ambulance

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | | |
|---|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | | 07/05/2012 | 07/05/2012  / 1 |

---

**1689600975**        **HURON VALLEY AMBULANCE**

TCN: 311221510076246000                **Ambulance**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/05/2012 | 78009 | OTHER ALTER CONSCIOUSNES | Paid:          $ 191.88 |
| | | 78039 | CONVULSIONS NEC | |
| | | 4275 | CARDIAC ARREST | |
| | HC | | AMBULANCE SERVICE, ADVANCED LIFE SUPPORT, NON-EMER | |

---

**1871528026**        **REGENTS OF UNIV OF MICH**

TCN: 311229710053679000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 07/05/2012 | V5881 | FIT/ADJ VASCULAR CATHETR | Paid:          $ 9.88 |
| | | V5882 | FIT/ADJ NON-VSC CATH NEC | |
| | HC | | RADIOLOGIC EXAMINATION, CHEST; SINGLE VIEW, FRONTA | |
| 001 | 07/05/2012 | V5881 | FIT/ADJ VASCULAR CATHETR | Paid:          $ 9.88 |
| | | V5882 | FIT/ADJ NON-VSC CATH NEC | |
| | HC | | RADIOLOGIC EXAMINATION, ABDOMEN; SINGLE ANTEROPOS | |

---

**1295736015**        **JACKSON RADIOLOGY CONSULTANTS**

TCN: 311229910074752000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/05/2012 | 769 | RESPIRATORY DISTRESS SYN | Paid:          $ 4.94 |
| | | V5881 | FIT/ADJ VASCULAR CATHETR | |
| | HC | | RADIOLOGIC EXAMINATION, CHEST; SINGLE VIEW, FRONTA | |
| 002 | 07/05/2012 | 769 | RESPIRATORY DISTRESS SYN | Paid:          $ 4.94 |
| | | V5881 | FIT/ADJ VASCULAR CATHETR | |
| | HC | | RADIOLOGIC EXAMINATION, CHEST; SINGLE VIEW, FRONTA | |

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**                    PRINT DATE: 02/04/2015

| | | | | |
|---|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | | 07/05/2012 | 07/05/2012    / 1 |

---

**1831123728          PEDIATRIC HOSP SRVCS FOOTE HOS**

**TCN: 311228910025351000          Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 07/05/2012 | 77012 | MECONIUM ASP W RESP SYMP | Paid:          $ 478.15 |
| | | 77089 | RESP PROB AFTER BRTH NEC | |
| | | 7611 | PREMAT RUPT MEMB AFF NB | |
| | HC | | INITIAL INPATIENT NEONATAL CRITICAL CARE, PER DAY, | |
| 003 | 07/05/2012 | 77012 | MECONIUM ASP W RESP SYMP | Paid:          $ 425.96 |
| | | 77089 | RESP PROB AFTER BRTH NEC | |
| | | 7611 | PREMAT RUPT MEMB AFF NB | |
| | HC | | DELIVERY/BIRTHING ROOM RESUSCITATION, PROVISION O | |

**1831123728          PEDIATRIC HOSP SRVCS FOOTE HOS**

**TCN: 311302410007847000          Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/05/2012 | V3001 | SINGLE LB IN-HOSP W CS | Paid:          $ 60.41 |
| | | 77012 | MECONIUM ASP W RESP SYMP | |
| | | 77089 | RESP PROB AFTER BRTH NEC | |
| | HC | | INTUBATION, ENDOTRACHEAL, EMERGENCY PROCEDURE | |

**1518991413          REGENTS OF UNIV OF MICH**

**TCN: 311220710053169000          Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/06/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:          $ 478.15 |
| | | 2762 | ACIDOSIS | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | INITIAL INPATIENT NEONATAL CRITICAL CARE, PER DAY, | |

**1255365862          REGENTS OF UNIV OF MICH**

**TCN: 311313510042114000          Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| RECIPIENT ID | 1086194673 | | BIRTH DATE | INJURY DATE/NO |
|---|---|---|---|---|
| RECIPIENT NAME | BROOKLYNN STILES | | 07/05/2012 | 07/05/2012   / 1 |

---

**1255365862**          **REGENTS OF UNIV OF MICH**

TCN: 311313510042114000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/06/2012 | 78039 | CONVULSIONS NEC | **Paid:**          **$ 89.93** |

HC          *MONITORING FOR LOCALIZATION OF CEREBRAL SEIZURE FO*

---

**1871528026**          **REGENTS OF UNIV OF MICH**

TCN: 311221610027351000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/06/2012 | 51289 | Other pneumothorax | **Paid:**          **$ 14.82** |
| | | V5882 | FIT/ADJ NON-VSC CATH NEC | |

HC          *RADIOLOGIC EXAMINATION, CHEST; SINGLE VIEW, FRONTA*

---

**1255365862**          **REGENTS OF UNIV OF MICH**

TCN: 311220810012375000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/06/2012 | 7429 | NERVOUS SYSTEM ANOM NOS | **Paid:**          **$ 82.21** |
| | | 78039 | CONVULSIONS NEC | |

HC          *Initial hospital inpatient care, typically 70 minu*

---

**1255365862**          **REGENTS OF UNIV OF MICH**

TCN: 311313510042127000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/07/2012 | 78039 | CONVULSIONS NEC | **Paid:**          **$ 89.93** |

HC          *MONITORING FOR LOCALIZATION OF CEREBRAL SEIZURE FO*

---

**1518991413**          **REGENTS OF UNIV OF MICH**

TCN: 311220910026839000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1518991413**        **REGENTS OF UNIV OF MICH**

**TCN: 311220910026839000**              **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/07/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:            $ 208.38 |
| | | 2764 | MIXED ACID-BASE BAL DIS | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | *SUBSEQUENT INPATIENT NEONATAL CRITICAL CARE, PER D* | |

---

**1255365862**        **REGENTS OF UNIV OF MICH**

**TCN: 311220810012375000**              **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 07/07/2012 | 7429 | NERVOUS SYSTEM ANOM NOS | Paid:            $ 41.40 |
| | | 78039 | CONVULSIONS NEC | |
| | HC | | *Subsequent hospital inpatient care, typically 35 m* | |

---

**1871528026**        **REGENTS OF UNIV OF MICH**

**TCN: 311312111660969000**              **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/08/2012 | 78609 | RESPIRATORY ABNORM NEC | Paid:            $ 4.94 |
| | HC | | *RADIOLOGIC EXAMINATION, CHEST; SINGLE VIEW, FRONTA* | |

---

**1255365862**        **REGENTS OF UNIV OF MICH**

**TCN: 311220810012375000**              **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 003 | 07/08/2012 | 7429 | NERVOUS SYSTEM ANOM NOS | Paid:            $ 41.40 |
| | | 78039 | CONVULSIONS NEC | |
| | HC | | *Subsequent hospital inpatient care, typically 35 m* | |

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**   PRINT DATE: 02/04/2015
**Medicaid Report of Medical Services Paid**

| RECIPIENT ID | 1086194673 | BIRTH DATE | INJURY DATE/NO |
|---|---|---|---|
| RECIPIENT NAME | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1255365862**      **REGENTS OF UNIV OF MICH**

TCN: 311313510042132000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/08/2012 | 78039 | CONVULSIONS NEC | **Paid:**   $ 89.93 |

        HC        *MONITORING FOR LOCALIZATION OF CEREBRAL SEIZURE FO*

---

**1518991413**      **REGENTS OF UNIV OF MICH**

TCN: 311220810013567000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/08/2012 | 77084 | RESP FAILURE OF NEWBORN | **Paid:**   $ 208.38 |
| | | 2764 | MIXED ACID-BASE BAL DIS | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |

        HC        *SUBSEQUENT INPATIENT NEONATAL CRITICAL CARE, PER D*

---

**1255365862**      **REGENTS OF UNIV OF MICH**

TCN: 311313510042137000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/09/2012 | 78039 | CONVULSIONS NEC | **Paid:**   $ 89.93 |

        HC        *MONITORING FOR LOCALIZATION OF CEREBRAL SEIZURE FO*

---

**1255365862**      **REGENTS OF UNIV OF MICH**

TCN: 311220810012364000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/09/2012 | 78039 | CONVULSIONS NEC | **Paid:**   $ 108.54 |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |

        HC        *CRITICAL CARE, EVALUATION AND MANAGEMENT OF THE CR*

---

**1871528026**      **REGENTS OF UNIV OF MICH**

TCN: 311312111660980000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

## MICHIGAN DEPARTMENT OF COMMUNITY HEALTH
### Medicaid Report of Medical Services Paid

**PRINT DATE:** 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1871528026**     REGENTS OF UNIV OF MICH

**TCN: 311312111660980000**          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/09/2012 | 51289 | Other pneumothorax | **Paid:          $ 4.94** |

HC          *RADIOLOGIC EXAMINATION, CHEST; SINGLE VIEW, FRONTA*

---

**1518991413**     REGENTS OF UNIV OF MICH

**TCN: 311220810013549000**          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/09/2012 | 77084 | RESP FAILURE OF NEWBORN | **Paid:          $ 208.38** |
| | | 77088 | NB HYPOXIA | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |

HC          *SUBSEQUENT INPATIENT NEONATAL CRITICAL CARE, PER D*

---

**1255365862**     REGENTS OF UNIV OF MICH

**TCN: 311220810012364000**          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 003 | 07/10/2012 | 78039 | CONVULSIONS NEC | **Paid:          $ 108.54** |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |

HC          *CRITICAL CARE, EVALUATION AND MANAGEMENT OF THE CR*

---

**1255365862**     REGENTS OF UNIV OF MICH

**TCN: 311313510042120000**          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/10/2012 | 78039 | CONVULSIONS NEC | **Paid:          $ 89.93** |

HC          *MONITORING FOR LOCALIZATION OF CEREBRAL SEIZURE FO*

---

**1871528026**     REGENTS OF UNIV OF MICH

**TCN: 311312111661003000**          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| RECIPIENT ID | 1086194673 | BIRTH DATE | INJURY DATE/NO |
|---|---|---|---|
| RECIPIENT NAME | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1871528026**        **REGENTS OF UNIV OF MICH**

TCN: 311312111661003000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 001 | 07/10/2012 | 78605 | SHORTNESS OF BREATH | Paid: | $ 4.94 |
| | HC | | RADIOLOGIC EXAMINATION, CHEST; SINGLE VIEW, FRONTA | | |

---

**1518991413**        **REGENTS OF UNIV OF MICH**

TCN: 311220810013549000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 002 | 07/10/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid: | $ 208.38 |
| | | 77088 | NB HYPOXIA | | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | | |
| | HC | | SUBSEQUENT INPATIENT NEONATAL CRITICAL CARE, PER D | | |

---

**1083649354**        **REGENTS OF UNIV OF MICH**

TCN: 311312810018524000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 002 | 07/10/2012 | 9049 | BLOOD VESSEL INJURY NOS | Paid: | $ 12.48 |
| | | 7859 | CARDIOVAS SYS SYMP NEC | | |
| | HC | | DUPLEX SCAN OF EXTREMITY VEINS INCLUDING RESPONSE | | |
| 001 | 07/10/2012 | 9049 | BLOOD VESSEL INJURY NOS | Paid: | $ 11.10 |
| | | 7859 | CARDIOVAS SYS SYMP NEC | | |
| | HC | | DUPLEX SCAN OF LOWER EXTREMITY ARTERIES OR ARTERI | | |

---

**1518991413**        **REGENTS OF UNIV OF MICH**

TCN: 311220810013549000                **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   /  1 |

---

**1518991413**   **REGENTS OF UNIV OF MICH**

**TCN: 311220810013549000**   **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 003 | 07/11/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:   $ 208.38 |
| | | 77088 | NB HYPOXIA | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | SUBSEQUENT INPATIENT NEONATAL CRITICAL CARE, PER D | |

---

**1255365862**   **REGENTS OF UNIV OF MICH**

**TCN: 311302910466673000**   **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/11/2012 | 78039 | CONVULSIONS NEC | Paid:   $ 41.40 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | | 78061 | FEVER IN OTHER DISEASES | |
| | HC | | Subsequent hospital inpatient care, typically 35 m | |

---

**1871528026**   **REGENTS OF UNIV OF MICH**

**TCN: 311312111660992000**   **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 07/12/2012 | 7678 | BIRTH TRAUMA NEC | Paid:   $ 32.49 |
| | HC | | MAGNETIC RESONANCE ANGIOGRAPHY, HEAD; WITH CONTRA | |
| 001 | 07/12/2012 | 7678 | BIRTH TRAUMA NEC | Paid:   $ 64.18 |
| | HC | | MAGNETIC RESONANCE (EG, PROTON) IMAGING, BRAIN (IN | |

---

**1518991413**   **REGENTS OF UNIV OF MICH**

**TCN: 311220810013549000**   **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| RECIPIENT ID | 1086194673 | BIRTH DATE | INJURY DATE/NO |
|---|---|---|---|
| RECIPIENT NAME | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1518991413**     **REGENTS OF UNIV OF MICH**

**TCN: 311220810013549000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 004 | 07/12/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid: | $ 208.38 |
| | | 77088 | NB HYPOXIA | | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | | |
| | HC | | SUBSEQUENT INPATIENT NEONATAL CRITICAL CARE, PER D | | |
| 005 | 07/13/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid: | $ 64.18 |
| | | 77088 | NB HYPOXIA | | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | | |

---

**1255365862**     **REGENTS OF UNIV OF MICH**

**TCN: 311302910466673000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 002 | 07/13/2012 | 78039 | CONVULSIONS NEC | Paid: | $ 108.54 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | | |
| | | 78061 | FEVER IN OTHER DISEASES | | |
| | HC | | CRITICAL CARE, EVALUATION AND MANAGEMENT OF THE CR | | |

---

**1518991413**     **REGENTS OF UNIV OF MICH**

**TCN: 311220810013549000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 006 | 07/14/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid: | $ 64.18 |
| | | 77088 | NB HYPOXIA | | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | | |

---

**1518991413**     **REGENTS OF UNIV OF MICH**

**TCN: 311220810013572000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**                   PRINT DATE: 02/04/2015

| | | BIRTH DATE | INJURY DATE/NO |
|---|---|---|---|
| RECIPIENT ID | 1086194673 | 07/05/2012 | 07/05/2012    /  1 |
| RECIPIENT NAME | BROOKLYNN STILES | | |

---

**1518991413**          **REGENTS OF UNIV OF MICH**

**TCN: 311220810013572000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/15/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:          $ 64.18 |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | *SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU* | |

---

**1518991413**          **REGENTS OF UNIV OF MICH**

**TCN: 311220810013549000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 007 | 07/16/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:          $ 64.18 |
| | | 77088 | NB HYPOXIA | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | *SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU* | |

---

**1255365862**          **REGENTS OF UNIV OF MICH**

**TCN: 311302910466673000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 003 | 07/16/2012 | 78039 | CONVULSIONS NEC | Paid:          $ 29.11 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | | 78061 | FEVER IN OTHER DISEASES | |
| | HC | | *Subsequent hospital inpatient care, typically 25 m* | |

---

**1255365862**          **REGENTS OF UNIV OF MICH**

**TCN: 311220810012364000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| RECIPIENT ID | 1086194673 | BIRTH DATE | INJURY DATE/NO |
| RECIPIENT NAME | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1255365862**       REGENTS OF UNIV OF MICH

TCN: 311220810012364000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 005 | 07/17/2012 | 78039 | CONVULSIONS NEC | Paid:          $ 29.11 |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | Subsequent hospital inpatient care, typically 25 m | |

---

**1518991413**       REGENTS OF UNIV OF MICH

TCN: 311220810013549000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 008 | 07/17/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:          $ 64.18 |
| | | 77088 | NB HYPOXIA | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | |
| 009 | 07/18/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:          $ 64.18 |
| | | 77088 | NB HYPOXIA | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | |
| 010 | 07/19/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:          $ 64.18 |
| | | 77088 | NB HYPOXIA | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | |
| 011 | 07/20/2012 | 77084 | RESP FAILURE OF NEWBORN | Paid:          $ 64.18 |
| | | 77088 | NB HYPOXIA | |
| | | 7429 | NERVOUS SYSTEM ANOM NOS | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | |

---

**1518991413**       REGENTS OF UNIV OF MICH

TCN: 311220810013563000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | | |
|---|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | | 07/05/2012 | 07/05/2012   / 1 |

---

**1518991413** **REGENTS OF UNIV OF MICH**

TCN: 311220810013563000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/21/2012 | 7429 | NERVOUS SYSTEM ANOM NOS | Paid: $ 64.18 |
| | | 33523 | PSEUDOBULBAR PALSY | |
| | | 77931 | Feeding problems in newborn | |
| | HC | | *SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU* | |

---

**1518991413** **REGENTS OF UNIV OF MICH**

TCN: 311221610024543000          Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/23/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | Paid: $ 64.18 |
| | | 7790 | CONVULSIONS IN NEWBORN | |
| | | 7677 | NERVE INJ NEC AT BIRTH | |
| | HC | | *SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU* | |
| 002 | 07/24/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | Paid: $ 64.18 |
| | | 7790 | CONVULSIONS IN NEWBORN | |
| | | 7677 | NERVE INJ NEC AT BIRTH | |
| | HC | | *SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU* | |
| 003 | 07/25/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | Paid: $ 64.18 |
| | | 7790 | CONVULSIONS IN NEWBORN | |
| | | 7677 | NERVE INJ NEC AT BIRTH | |
| | HC | | *SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU* | |
| 004 | 07/26/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | Paid: $ 64.18 |
| | | 7790 | CONVULSIONS IN NEWBORN | |
| | | 7677 | NERVE INJ NEC AT BIRTH | |
| | HC | | *SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU* | |

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | | |
|---|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | | 07/05/2012 | 07/05/2012   / 1 |

---

**1518991413**        **REGENTS OF UNIV OF MICH**

TCN: 311221610024543000            **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 005 | 07/27/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | **Paid:          $ 64.18** |
| | | 7790 | CONVULSIONS IN NEWBORN | |
| | | 7677 | NERVE INJ NEC AT BIRTH | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | |

---

**1518991413**        **REGENTS OF UNIV OF MICH**

TCN: 311221610024559000            **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/28/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | **Paid:          $ 64.18** |
| | | 7677 | NERVE INJ NEC AT BIRTH | |
| | | 77931 | Feeding problems in newborn | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | |

---

**1518991413**        **REGENTS OF UNIV OF MICH**

TCN: 311224410033118000            **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/29/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | **Paid:          $ 64.18** |
| | | 7677 | NERVE INJ NEC AT BIRTH | |
| | | 77931 | Feeding problems in newborn | |
| | HC | | SUBSEQUENT INTENSIVE CARE, PER DAY, FOR THE EVALU | |

---

**1326096629**        **REGENTS UNIV OF MICHIGAN - HOMEMED**

TCN: 311224210093290000            **Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1326096629          REGENTS UNIV OF MICHIGAN - HOMEMED**

**TCN: 311224210093290000                Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 002 | 07/30/2012 | 78720 | DYSPHAGIA NOS | Paid: | $ 26.24 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | | |
| | HC | | NASOGASTRIC TUBING WITH STYLET | | |
| 003 | 07/30/2012 | 78720 | DYSPHAGIA NOS | Paid: | $ 24.21 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | | |
| | HC | | GASTROSTOMY/JEJUNOSTOMY TUBE, STANDARD, ANY MATERI | | |

---

**1154427789          Preferred Providers Inc.**

**TCN: 211226410058811000                Home Health**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 001 | 07/30/2012 | 78342 | DELAYED MILESTONES | Paid: | $ 80.98 |
| | | | DIRECT SKILLED NURSING SERVICES OF A LICENSED NURS | | |

---

**1326096629          REGENTS UNIV OF MICHIGAN - HOMEMED**

**TCN: 311222310153849000                Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 002 | 07/30/2012 | 78720 | DYSPHAGIA NOS | Paid: | $ 9.49 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | | |
| | HC | | IV POLE | | |

---

**1326096629          REGENTS UNIV OF MICHIGAN - HOMEMED**

**TCN: 311224210093290000                Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1326096629**      **REGENTS UNIV OF MICHIGAN - HOMEMED**

TCN: 311224210093290000            Med Supplies/DME/P&O and Contractors

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/30/2012 | 78720 | DYSPHAGIA NOS | Paid: $129.54 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | HC | | ENTERAL FEEDING SUPPLY KIT;  PUMP FED, PER DAY, IN | |

---

**1326096629**      **REGENTS UNIV OF MICHIGAN - HOMEMED**

TCN: 311222310153849000            Med Supplies/DME/P&O and Contractors

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/30/2012 | 78720 | DYSPHAGIA NOS | Paid: $ 65.90 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | HC | | ENTERAL NUTRITION INFUSION PUMP - WITH ALARM | |

---

**1518991413**      **REGENTS OF UNIV OF MICH**

TCN: 311224410033124000            Professional

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/30/2012 | 76873 | Severe hypoxic-ischemic encephalopathy | Paid: $ 37.04 |
| | | 5121 | IATROGENIC PNEUMOTHORAX | |
| | HC | | HOSPITAL DISCHARGE DAY MANAGEMENT; 30 MINUTES OR | |

---

**1003878539**      **UNIVERSITY OF MICHIGAN**

TCN: 311224210081832000            Outpatient OPPS

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/31/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | Paid: $ 72.18 |
| | | 77931 | Feeding problems in newborn | |
| | HC | | Established patient office or other outpatient, vi | |

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| RECIPIENT ID | 1086194673 | | BIRTH DATE | INJURY DATE/NO |
|---|---|---|---|---|
| RECIPIENT NAME | BROOKLYNN STILES | | 07/05/2012 | 07/05/2012    / 1 |

---

**1033143623**          **REGENTS OF UNIV OF MICH**

TCN: 311221510069300000          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 07/31/2012 | 76870 | Hypoxic-ischemic encephalopathy, unspecified | Paid:        $74.67 |
| | | 77931 | Feeding problems in newborn | |
| | HC | | *New patient office or other outpatient visit, typi* | |

---

**1003878539**          **UNIVERSITY OF MICHIGAN**

TCN: 311224710003480000          **Outpatient OPPS**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 08/07/2012 | 7810 | ABN INVOLUN MOVEMENT NEC | Paid:        $72.18 |
| | HC | | *Established patient office or other outpatient, vi* | |

---

**1790719532**          **REGENTS OF UNIV OF MICH**

TCN: 311222210055887000          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 08/07/2012 | 7810 | ABN INVOLUN MOVEMENT NEC | Paid:        $74.67 |
| | HC | | *New patient office or other outpatient visit, typi* | |

---

**1154427789**          **Preferred Providers Inc.**

TCN: 211226410064449000          **Home Health**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 08/08/2012 | 78342 | DELAYED MILESTONES | Paid:        $80.98 |
| | | | *DIRECT SKILLED NURSING SERVICES OF A LICENSED NURS* | |

---

**1003878539**          **UNIVERSITY OF MICHIGAN**

TCN: 311235610208308000          **Outpatient OPPS**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1003878539**          **UNIVERSITY OF MICHIGAN**

**TCN: 311235610208308000**          **Outpatient OPPS**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 08/14/2012 | 3159 | DEVELOPMENT DELAY NOS | **Paid:**        **$ 39.40** |
| | | 7810 | ABN INVOLUN MOVEMENT NEC | |
| | | 78340 | LACK NORM PHYSIO DEV NOS | |
| | *HC* | | *PHYSICAL THERAPY EVALUATION* | |

---

**1003878539**          **UNIVERSITY OF MICHIGAN**

**TCN: 311224810067135000**          **Outpatient OPPS**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 08/14/2012 | 7833 | FEEDING PROBLEM | **Paid:**        **$ 52.65** |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | *HC* | | *Established patient office or other outpatient, vi* | |

---

**1033143623**          **REGENTS OF UNIV OF MICH**

**TCN: 311222910048059000**          **Professional**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 08/14/2012 | 7833 | FEEDING PROBLEM | **Paid:**        **$ 30.91** |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | *HC* | | *Established patient office or other outpatient, vi* | |

---

**1326096629**          **REGENTS UNIV OF MICHIGAN - HOMEMED**

**TCN: 311227010044392000**          **Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 08/28/2012 | 78720 | DYSPHAGIA NOS | **Paid:**        **$ 13.12** |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | *HC* | | *NASOGASTRIC TUBING WITH STYLET* | |

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | | |
|---|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | | 07/05/2012 | 07/05/2012    / 1 |

---

**1326096629**      **REGENTS UNIV OF MICHIGAN - HOMEMED**

TCN: 311227010044392000                **Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 001 | 08/28/2012 | 78720 | DYSPHAGIA NOS | Paid: | $ 213.36 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | | |
| | HC | | ENTERAL FEEDING SUPPLY KIT;  PUMP FED, PER DAY, IN | | |
| 003 | 08/28/2012 | 78720 | DYSPHAGIA NOS | Paid: | $ 43.68 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | | |
| | HC | | GASTROSTOMY/JEJUNOSTOMY TUBE, STANDARD, ANY MATERI | | |

---

**1154427789**      **Preferred Providers Inc.**

TCN: 211230710007091000                **Home Health**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 001 | 08/29/2012 | 78342 | DELAYED MILESTONES | Paid: | $ 80.98 |
| | | | DIRECT SKILLED NURSING SERVICES OF A LICENSED NURS | | |

---

**1326096629**      **REGENTS UNIV OF MICHIGAN - HOMEMED**

TCN: 311225610070956000                **Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | | |
|---|---|---|---|---|---|
| 001 | 08/30/2012 | 78720 | DYSPHAGIA NOS | Paid: | $ 65.90 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | | |
| | HC | | ENTERAL NUTRITION INFUSION PUMP - WITH ALARM | | |

---

**1003878539**      **UNIVERSITY OF MICHIGAN**

TCN: 311235610208308000                **Outpatient OPPS**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description |
|---|---|---|---|

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012    /  1 |

---

**1003878539**          **UNIVERSITY OF MICHIGAN**

TCN: 311235610208308000                 **Outpatient OPPS**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 001 | 08/30/2012 | 3159 | DEVELOPMENT DELAY NOS | Paid:          $ 64.42 |
| | | 7810 | ABN INVOLUN MOVEMENT NEC | |
| | | 78340 | LACK NORM PHYSIO DEV NOS | |
| | HC | | THERAPEUTIC ACTIVITIES, DIRECT (ONE-ON-ONE) PATIEN | |

---

**1326096629**          **REGENTS UNIV OF MICHIGAN - HOMEMED**

TCN: 311225610070956000                 **Med Supplies/DME/P&O and Contractors**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 08/30/2012 | 78720 | DYSPHAGIA NOS | Paid:          $ 9.49 |
| | | 76870 | Hypoxic-ischemic encephalopathy, unspecified | |
| | HC | | IV POLE | |

---

**1154427789**          **Preferred Providers Inc.**

TCN: 211226410064449000                 **Home Health**

| Line # | Begin DOS | Dx/Proc | Dx/Proc Description | |
|---|---|---|---|---|
| 002 | 08/31/2012 | 78342 | DELAYED MILESTONES | Paid:          $ 80.98 |
| | | | DIRECT SKILLED NURSING SERVICES OF A LICENSED NURS | |

---

**1750303426**          **TARGET STORE T-0673**

TCN: P61234910057962000                 **Pharmacy (N/A)**

| Line # | Begin DOS | | | |
|---|---|---|---|---|
| 001 | 12/14/2012 | | | Paid:          $ 5.12 |
| | | | DIAZEPAM 5 MG/5 ML SOLUTION | |

---

**1750303426**          **TARGET STORE T-0673**

TCN: P61300710112084000                 **Pharmacy (N/A)**

Line #  Begin DOS

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | |
|---|---|---|
| **RECIPIENT ID** | 1086194673 | |
| **RECIPIENT NAME** | BROOKLYNN STILES | |

| | |
|---|---|
| **BIRTH DATE** | **INJURY DATE/NO** |
| 07/05/2012 | 07/05/2012    /  1 |

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61300710112084000          Pharmacy (N/A)

Line #  Begin DOS

001  01/07/2013                                               Paid:                $ 5.12

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61302310157450000          Pharmacy (N/A)

Line #  Begin DOS

001  01/23/2013                                               Paid:                $ 6.98

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61305010125502000          Pharmacy (N/A)

Line #  Begin DOS

001  02/19/2013                                               Paid:                $ 7.40

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61307810113108000          Pharmacy (N/A)

Line #  Begin DOS

001  03/19/2013                                               Paid:                $ 7.40

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61310910039173000          Pharmacy (N/A)

Line #  Begin DOS

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | |
|---|---|
| **RECIPIENT ID** 1086194673 | **BIRTH DATE** 07/05/2012 **INJURY DATE/NO** 07/05/2012 / 1 |
| **RECIPIENT NAME** BROOKLYNN STILES | |

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61310910039173000      Pharmacy (N/A)

Line #   Begin DOS

001   04/19/2013          Paid:        $7.40

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61313310099562000      Pharmacy (N/A)

Line #   Begin DOS

001   05/13/2013          Paid:        $7.40

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61315810051964000      Pharmacy (N/A)

Line #   Begin DOS

001   06/07/2013          Paid:        $7.40

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61317710158175000      Pharmacy (N/A)

Line #   Begin DOS

001   06/26/2013          Paid:        $8.33

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61320010042359000      Pharmacy (N/A)

Line #   Begin DOS

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1750303426**       **TARGET STORE T-0673**

TCN: P61320010042359000                **Pharmacy (N/A)**

Line #   Begin DOS

001   07/19/2013                                                            Paid:              $ 8.33

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**       **TARGET STORE T-0673**

TCN: P61322110028332000                **Pharmacy (N/A)**

Line #   Begin DOS

001   08/09/2013                                                            Paid:              $ 8.33

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**       **TARGET STORE T-0673**

TCN: P61324810012131000                **Pharmacy (N/A)**

Line #   Begin DOS

001   09/05/2013                                                            Paid:              $ 8.33

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**       **TARGET STORE T-0673**

TCN: P61327310091793000                **Pharmacy (N/A)**

Line #   Begin DOS

001   09/30/2013                                                            Paid:              $ 8.33

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**       **TARGET STORE T-0673**

TCN: P61329510111430000                **Pharmacy (N/A)**

Line #   Begin DOS

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | |
|---|---|---|
| **RECIPIENT ID** | 1086194673 | |
| **RECIPIENT NAME** | BROOKLYNN STILES | |

**BIRTH DATE** 07/05/2012
**INJURY DATE/NO** 07/05/2012   / 1

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61329510111430000            Pharmacy (N/A)

Line #   Begin DOS

001   10/22/2013                                                      Paid:              $ 5.58

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61332010057995000            Pharmacy (N/A)

Line #   Begin DOS

001   11/16/2013                                                      Paid:              $ 4.65

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61333810125810000            Pharmacy (N/A)

Line #   Begin DOS

001   12/04/2013                                                      Paid:              $ 5.58

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61335710085429000            Pharmacy (N/A)

Line #   Begin DOS

001   12/23/2013                                                      Paid:              $ 11.12

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**      **TARGET STORE T-0673**

TCN: P61402210143793000            Pharmacy (N/A)

Line #   Begin DOS

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**          PRINT DATE: 02/04/2015
**Medicaid Report of Medical Services Paid**

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012   / 1 |

---

**1750303426**          **TARGET STORE T-0673**

**TCN:** P61402210143793000          Pharmacy (N/A)

Line #  Begin DOS

001  01/22/2014                                                    Paid:          $ 11.96

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**          **TARGET STORE T-0673**

**TCN:** P61404910117063000          Pharmacy (N/A)

Line #  Begin DOS

001  02/18/2014                                                    Paid:          $ 11.96

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**          **TARGET STORE T-0673**

**TCN:** P61408710035450000          Pharmacy (N/A)

Line #  Begin DOS

001  03/28/2014                                                    Paid:          $ 11.96

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**          **TARGET STORE T-0673**

**TCN:** P61411210122654000          Pharmacy (N/A)

Line #  Begin DOS

001  04/22/2014                                                    Paid:          $ 13.80

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**          **TARGET STORE T-0673**

**TCN:** P61414010146056000          Pharmacy (N/A)

Line #  Begin DOS

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | |
|---|---|
| **RECIPIENT ID** | 1086194673 |
| **RECIPIENT NAME** | BROOKLYNN STILES |

| **BIRTH DATE** | **INJURY DATE/NO** |
|---|---|
| 07/05/2012 | 07/05/2012   / 1 |

---

**1750303426**       **TARGET STORE T-0673**

TCN:  P61414010146056000           Pharmacy (N/A)

Line #   Begin DOS

001   05/20/2014                                            Paid:              $ 13.80

DIAZEPAM 5 MG/5 ML SOLUTION

---

**1750303426**       **TARGET STORE T-0673**

TCN:  P61416810138418000           Pharmacy (N/A)

Line #   Begin DOS

001   06/17/2014                                            Paid:              $ 13.80

DIAZEPAM 5 MG/5 ML SOLUTION

---

**1750303426**       **TARGET STORE T-0673**

TCN:  P61419510088321000           Pharmacy (N/A)

Line #   Begin DOS

001   07/14/2014                                            Paid:              $ 13.80

DIAZEPAM 5 MG/5 ML SOLUTION

---

**1750303426**       **TARGET STORE T-0673**

TCN:  P61421910010481000           Pharmacy (N/A)

Line #   Begin DOS

001   08/07/2014                                            Paid:              $ 16.55

DIAZEPAM 5 MG/5 ML SOLUTION

---

**1750303426**       **TARGET STORE T-0673**

TCN:  P61424610177245000           Pharmacy (N/A)

Line #   Begin DOS

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012 / 1 |

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61424610177245000     Pharmacy (N/A)

Line #   Begin DOS

001   09/03/2014             Paid:     $ 16.55

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61427410187944000     Pharmacy (N/A)

Line #   Begin DOS

001   10/01/2014             Paid:     $ 16.55

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61430610085601000     Pharmacy (N/A)

Line #   Begin DOS

001   11/02/2014             Paid:     $ 16.55

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61433610108585000     Pharmacy (N/A)

Line #   Begin DOS

001   12/02/2014             Paid:     $ 16.55

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**     **TARGET STORE T-0673**

TCN: P61436210051725000     Pharmacy (N/A)

Line #   Begin DOS

---

**MICHIGAN DEPARTMENT OF COMMUNITY HEALTH**
**Medicaid Report of Medical Services Paid**

PRINT DATE: 02/04/2015

| | | | |
|---|---|---|---|
| **RECIPIENT ID** | 1086194673 | **BIRTH DATE** | **INJURY DATE/NO** |
| **RECIPIENT NAME** | BROOKLYNN STILES | 07/05/2012 | 07/05/2012    / 1 |

---

**1750303426**        **TARGET STORE T-0673**

TCN: P61436210051725000                **Pharmacy (N/A)**

| Line # | Begin DOS | | |
|---|---|---|---|
| 001 | 12/28/2014 | Paid: | $ 16.55 |

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**        **TARGET STORE T-0673**

TCN: P61502510086496000                **Pharmacy (N/A)**

| Line # | Begin DOS | | |
|---|---|---|---|
| 001 | 01/25/2015 | Paid: | $ 3.20 |

*DIAZEPAM 5 MG/5 ML SOLUTION*

---

**1750303426**        **TARGET STORE T-0673**

TCN: P61502610127724000                **Pharmacy (N/A)**

| Line # | Begin DOS | | |
|---|---|---|---|
| 001 | 01/26/2015 | Paid: | $ 11.04 |

*DIAZEPAM 5 MG/5 ML SOLUTION*

| | |
|---|---|
| **Additional Amount this Report** | **$ 30,094.86** |
| **Total Amount Paid to Date** | **$ 30,094.86** |
| **Net Amount Owed** | **$ 30,094.86** |

# EXHIBIT

# B

12/2/2014 3:23 PM FROM: First Recovery Group TO: 12483542323 PAGE: 001 OF 003


**FIRST RECOVERY GROUP**

**BY FACSIMILE:** (248) 354-2323

November 26, 2014

Ardiana Culaj
The Thurswell Law Firm, PLLC
1000 Town Center
Ste 500
Southfield, MI 48075

Re: Patient:    BROOKLYNN A STILES
    Date of Injury:  July 05, 2012
    Member:    BROOKLYNN A STILES
    FRG's File No.:  472603-110514

Dear Ms. Ardiana Culaj:

Meridian Health Plan ("MeridianHP"), a Medicaid plan, has retained the services of First Recovery Group to represent MeridianHP in connection with their rights of subrogation and/or recovery regarding medical claims paid on behalf of BROOKLYNN A STILES.

Thank you for the recent update in this matter. The current healthcare recovery claim total is $41,224.49. THIS IS NOT A FINAL AMOUNT. Please call this office to prior to final settlement to confirm the current claim total and receive settlement approval.

Lastly, please provide our office with a signed copy of the attached authorization and I will forward to your attention a Medical Payment Report detailing the type, date and provider of related medical charges.

In addition to the Plan's claim, the State of Michigan may have a subrogation interest in this case. Please direct inquires to the Department of Community Health at PO Box 30479, Lansing, MI 48909 or FAX 517-346-9876.

        **First Recovery Group, LLC**
        **Attn: Patrick Cassidy**
        **26899 Northwestern Hwy**
        **Suite 250**
        **Southfield, MI 48033**

If you have any questions, please contact me at (248) 443-4800 ext. 227.

Very truly yours,

Patrick Cassidy
Recovery Attorney

26899 Northwestern Hwy - Suite 250 - Southfield, MI 48033
Toll Free (866)449-4800 - Phone (248)443-4800 - Fax (248) 443-4804