IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B.S., a minor, by her Next Friend and
mother, LAUREN SUSSEX, and
LAUREN SUSSEX, Individually,

Case No. 15-cv-10578
Hon. Matthew F. Leitman

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER FOR APPOINTMENT OF NEXT FRIEND

Upon the Petition for Appointment of Next Friend having been duly filed by Lauren Sussex on behalf of B.S., a minor,

**IT IS HEREBY ORDERED AND ADJUDGED** that Lauren Sussex is hereby appointed as next friend to act on behalf of B.S. with respect to a suit filed on behalf of B.S. against Defendant.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 18, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113