UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B.A.S., a minor, by her Next Friend and
Mother, Lauren Sussex, and LAUREN
SUSSEX, Individually,

    Plaintiff,                                            Civil No. 15-cv-10578
                                                            Hon. Mathew F. Leitman

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ORDER APPOINTING GUARDIAN AD LITEM**

It appears to the Court that a Guardian Ad Litem should be appointed in this proceeding for the following individual:

- ➢ B.A.S., a minor.

Attorney Pamela S. Mowry has agreed to perform services as Guardian Ad Litem for the above-mentioned individual.

**IT IS HEREBY ORDERED** that attorney Pamela S. Mowry (P41906) PO Box 805, Bloomfield Hills, MI 48303 (248) 606-5859 shall be appointed Guardian Ad Litem for the above-mentioned individual;

**IT IS FURTHER ORDERED** that the aforementioned Guardian Ad Litem issue a report as to whether the proposed settlement and distribution is in the best interest of B.A.S., a minor.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2